1   SCOTT + SCOTT LLP
    Arthur L. Shingler III (CA Bar No. 181719)
2   600 B Street, Suite 1500
    San Diego, CA 92101
3   Tel.: 619/233-4565
    Fax: 619/233-0508
4   Email: ashingler@scott-scott.com

5   SCOTT + SCOTT, LLP
    David R. Scott
6   108 Norwich Avenue
    P.O. Box 192
7   Colchester, CT 06415
    Tel.: 860/537-5537
8   Fax.: 860/-537-4432
    Email: drscott@scott-scott.com
9
    *Counsel for Plaintiff*
10
                **UNITED STATES DISTRICT COURT**
11              **NORTHERN DISTRICT OF CALIFORNIA**

12
    CHARLES R. KING, derivatively on          Civil Action
13  behalf of VERIFONE HOLDINGS,
    INC.,
14
                        Plaintiff,    :
15                                     :   **CERTIFICATION OF INTERESTED**
    v.                                 :   **ENTITIES OR PERSONS**
16                                     :   **(N.D. Cal. Civ. L.R. 3-16)**
    DOUGLAS G. BERGERON, JAMES C.      :
17  CASTLE, LESLIE G. DENEND, ALEX     :
    W. (PETE) HART, ROBERT B.          :
18  HENSKE, EITAN RAFF, CHARLES R.     :
    RINEHART, COLLIN E. ROCHE,         :
19  CRAIG A. BONDY, AND BARRY          :
    ZWARENSTEIN,                       :
20                                     :
                        Defendants.    :
21                                     :
    and                                :
22                                     :
    VERIFONE HOLDINGS, INC.,           :
23                                     :
                Nominal Defendant.     :
24
25
26
27
28

**ADR**    **E-FILING**

*Filed*

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

C 07   06347   PV

**BY FAX**

1      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2 associations of persons, firms, partnerships, corporations (including parent corporations) or other

3 entities (i) have a financial interest in the subject matter in controversy or in a party to the

4 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5 substantially affected by the outcome of this proceeding:

6

7      Plaintiff CHARLES R. KING, derivatively on behalf of Verifone Holdings, Inc., as alleged

8 in the Complaint.

9      Defendant DOUGLAS G. BERGERON as alleged in the Complaint.

10      Defendant JAMES C. CASTLE as alleged in the Complaint.

11      Defendant LESLIE G. DENEND as alleged in the Complaint.

12

13      Defendant ALEX W. (PETE) HART as alleged in the Complaint.

14      Defendant ROBERT B. HENSKE as alleged in the Complaint.

15      Defendant EITAN RAFF as alleged in the Complaint.

16      Defendant CHARLES R. RINEHART as alleged in the Complaint.

17      Defendant COLLIN E. ROCHE as alleged in the Complaint.

18      Defendant CRAIG A. BONDY as alleged in the Complaint.

19      Defendant BARRY ZWARENSTEIN as alleged in the Complaint.

20      Nominal Defendant VERIFONE HOLDINGS, INC. as alleged in the Complaint.

21 Dated: December 14, 2007          Respectfully Submitted

22

23

24                    Arthur L. Shingler III (CA Bar No. 181719)
SCOTT + SCOTT LLP

25                    600 B Street, Suite 1500
San Diego CA 92101

26                    (619) 233-4565

27                    (619) 233-0508
Email:ashingler@scott-scott.com

28

1

2      SCOTT + SCOTT, LLP
       David R. Scott
3      108 Norwich Avenue
       P.O. Box 192
4      Colchester, CT 06415
       Tel.: 860/537-5537
5      Fax.: 860/-537-4432
       Email: drscott@scott-scott.com
6

7      Counsel for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS