# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION ) ) ) ) ) This Document Relates To: All Actions ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No.<br><br>C 07-6140 MHP<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON AND BARRY ZWARENSTEIN'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

On February 14, 2008, Defendants in the instant action and in *King v. Bergeron et al.*, Case No. C 07-6347 PVT, filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12, seeking to relate these cases. Upon consideration of the papers and the pleadings on file, and good cause appearing, the Court GRANTS the motion.

IT IS HEREBY ORDERED that the above-named case is deemed related to the instant action and is reassigned to the undersigned as a related case.

Dated: 2/15/2008



THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for Defendants Verifone Holdings, Inc.,
Douglas G. Bergeron and Barry Zwarenstein