1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone:   (310) 712-6600
4  Facsimile:   (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone:   (650) 461-5600
9  Facsimile:   (650) 461-5700

10 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
11 DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
   EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
12 CRAIG A. BONDY and BARRY ZWARENSTEIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, derivatively on behalf of VERIFONE HOLDINGS, INC. | Civil Action No. CV 07-6347 MHP |
| Plaintiff, | **NOTICE OF APPEARANCE OF BRENDAN P. CULLEN ON BEHALF OF DEFENDANTS VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY AND BARRY ZWARENSTEIN** |
| v. | |
| DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, | |
| Defendants, | Judge: The Hon. Marilyn H. Patel |
| -and- | Courtroom: 15 |
| VERIFONE HOLDINGS, INC., | This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP |
| Nominal Defendant. | |

SULLIVAN & CROMWELL LLP

NOTICE OF APPEARANCE OF BRENDAN P. CULLEN
CASE NO. CV 07 6347 MHP

1  PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of
2  named Defendants Verifone Holdings, Inc., Douglas G. Bergeron, James C. Castle, Leslie G. Denend,
3  Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A.
4  Bondy and Barry Zwarenstein, effective immediately.

5  Date: February 29, 2008

/s/
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for Defendants VERIFONE
HOLDINGS, INC., DOUGLAS G.
BERGERON, JAMES C. CASTLE,
LESLIE G. DENEND, ALEX W. (PETE)
HART, ROBERT B. HENSKE, EITAN
RAFF, CHARLES R. RINEHART,
COLLIN E. ROCHE, CRAIG A.
BONDY and BARRY ZWARENSTEIN