Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, derivatively on behalf of VERIFONE HOLDINGS, INC.,<br><br>              Plaintiff,<br><br>v.<br><br>DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN,<br><br>              Defendants,<br><br>-and-<br><br>VERIFONE HOLDINGS, INC.,<br><br>              Nominal Defendant. | Case No. CV 07-6347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC.**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br><br>This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP |

WHEREAS on December 14, 2007, Charles R. King ("Plaintiff") filed a Verified Derivative Complaint for Breach of Fiduciary Duty styled *King* v. *Bergeron et al.* (the "Complaint") against nominal defendant VeriFone Holdings, Inc. ("VeriFone") and individual defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, and Barry Zwarenstein (collectively, "Defendants");

WHEREAS on February 26, 2008, the Complaint was related to *In re VeriFone Holdings, Inc. Securities Litigation*, Master File No. 07-6140 MHP and reassigned to the Honorable Marilyn H. Patel;

WHEREAS Plaintiff and Defendants have previously agreed that Defendants waive service of the summons in *King* v. *Bergeron et al.* in the manner prescribed by Rule 4(d) of the Federal Rules of Civil Procedure;

WHEREAS Plaintiff and Defendants have previously agreed that Defendants may have until April 10, 2008 to move or otherwise respond to the Complaint, without prejudice to Defendants' right to move the Court before the April 10, 2008 deadline for additional time to answer, plead or otherwise respond to the Complaint;

WHEREAS Plaintiff and Defendants have previously agreed that each of the Defendants will retain all defenses or objections to the Complaint except for objections based on a defect in the summons or in the service of the summons;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, that:

1. Defendants waive service of the summons in *King* v. *Bergeron et al.* in the manner prescribed by Rule 4(d) of the Federal Rules of Civil Procedure.

2. Defendants have until April 10, 2008 to move or otherwise respond to the Complaint, without prejudice to Defendants' right to move the Court before the April 10, 2008 deadline for additional time to answer, plead or otherwise respond to the Complaint.

4. In submitting this Stipulation, Defendants do not waive any of their rights or positions in law or in equity, and will retain all defenses and objections to the Complaint except for objections based on a defect in the summons or in the service of the summons.

IT IS SO STIPULATED.

Date: February 29, 2008

    /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:	(650) 461-5600
Facsimile:	(650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:	(310) 712-6600
Facsimile:	(310) 712-8800

Attorneys for VeriFone Holdings, Inc., Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, and Barry Zwarenstein

1  *I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to*
2  *file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS*
3  *TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC. In*
4  *compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred*
5
6  *in this filing.*
7  Dated: February 29, 2008

8             /s/ Brendan P. Cullen
     Brendan P. Cullen (SBN 194057)
9       SULLIVAN & CROMWELL LLP
     1870 Embarcadero Road
10      Palo Alto, California 94303
     Telephone:  (650) 461-5600
11      Facsimile:   (650) 461-5700

12      Attorney for VeriFone Holdings, Inc.,
     Douglas G. Bergeron, James C. Castle,
13      Leslie G. Denend, Alex W. (Pete) Hart,
     Robert B. Henske, Eitan Raff, Charles R.
14      Rinehart, Collin E. Roche, Craig A. Bondy,
     and Barry Zwarenstein
15 Dated: February 29, 2008

16            /s/ Arthur L. Shingler III
     Arthur L. Shingler III (SBN 181719)
17      SCOTT + SCOTT LLP
     600 B Street, Suite 1500
18      San Diego, California 92101
     Telephone:  (619) 233-4565
19      Facsimile:   (619) 233-0508

20      David R. Scott
     SCOTT + SCOTT LLP
21      108 Norwich Avenue, P.O. Box 192
     Colchester, Connecticut 06415
22      Telephone:  (860) 537-5537
     Facsimile:   (860) 537-4432
23
     Attorneys for Charles R. King
24
25
26
27
28

SULLIVAN & CROMWELL LLP

**ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____

                                  THE HONORABLE MARILYN H. PATEL
                                  UNITED STATES DISTRICT JUDGE