1  Michael H. Steinberg (SBN 134179)
   (steinbergm@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California  90067
   Telephone:   (310) 712-6600
4  Facsimile:   (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Telephone:   (650) 461-5600
9  Facsimile:   (650) 461-5700

10 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
11 DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
   EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
12 CRAIG A. BONDY, and BARRY ZWARENSTEIN

13

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

17
   CHARLES R. KING, derivatively on behalf    )   Case No. CV 07-6347 MHP
18 of VERIFONE HOLDINGS, INC.,                 )
                                               )   **STIPULATION AND [~~PROPOSED~~] ORDER**
19              Plaintiff,                     )   **FOR WAIVER OF SERVICE OF**
                                               )   **SUMMONS AS TO ALL DEFENDANTS**
20 v.                                          )   **AND AS TO NOMINAL DEFENDANT**
                                               )   **VERIFONE HOLDINGS, INC.**
21 DOUGLAS G. BERGERON, JAMES C.               )
   CASTLE, LESLIE G. DENEND, ALEX W.           )   Judge: The Hon. Marilyn H. Patel
22 (PETE) HART, ROBERT B. HENSKE,              )   Courtroom: 15
   EITAN RAFF, CHARLES R. RINEHART,            )
23 COLLIN E. ROCHE, CRAIG A. BONDY,            )
   and BARRY ZWARENSTEIN,                      )   This case is related to IN RE VERIFONE
24                                             )   HOLDINGS, INC. SECURITIES
                Defendants,                    )   LITIGATION, Master File No. C 07-6140
25                                             )   MHP
   -and-                                       )
26                                             )
   VERIFONE HOLDINGS, INC.,                    )
27                                             )
                Nominal Defendant.             )
28 _____   )

SULLIVAN
&
CROMWELL LLP

1    WHEREAS on December 14, 2007, Charles R. King ("Plaintiff") filed a Verified

2  Derivative Complaint for Breach of Fiduciary Duty styled *King* v. *Bergeron et al.* (the "Complaint")

3  against nominal defendant VeriFone Holdings, Inc. ("VeriFone") and individual defendants Douglas G.

4  Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff,

5  Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, and Barry Zwarenstein (collectively,

6  "Defendants");

7

8    WHEREAS on February 26, 2008, the Complaint was related to *In re VeriFone*

9  *Holdings, Inc. Securities Litigation*, Master File No. 07-6140 MHP and reassigned to the Honorable

10  Marilyn H. Patel;

11   WHEREAS Plaintiff and Defendants have previously agreed that Defendants waive

12  service of the summons in *King* v. *Bergeron et al.* in the manner prescribed by Rule 4(d) of the Federal

13  Rules of Civil Procedure;

14   WHEREAS Plaintiff and Defendants have previously agreed that Defendants may have

15  until April 10, 2008 to move or otherwise respond to the Complaint, without prejudice to Defendants'

16  right to move the Court before the April 10, 2008 deadline for additional time to answer, plead or

17  otherwise respond to the Complaint;

18

19   WHEREAS Plaintiff and Defendants have previously agreed that each of the Defendants

20  will retain all defenses or objections to the Complaint except for objections based on a defect in the

21  summons or in the service of the summons;

22

23   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff,

24  by and through his counsel, and Defendants, by and through their counsel, that:

25    1.    Defendants waive service of the summons in *King* v. *Bergeron et al.* in the

26  manner prescribed by Rule 4(d) of the Federal Rules of Civil Procedure.

27

28

SULLIVAN
&
CROMWELL LLP

1

2.    Defendants have until April 10, 2008 to move or otherwise respond to the Complaint, without prejudice to Defendants' right to move the Court before the April 10, 2008 deadline for additional time to answer, plead or otherwise respond to the Complaint.

4.    In submitting this Stipulation, Defendants do not waive any of their rights or positions in law or in equity, and will retain all defenses and objections to the Complaint except for objections based on a defect in the summons or in the service of the summons.

IT IS SO STIPULATED.

Date: February 29, 2008

 /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:      (650) 461-5600
Facsimile:      (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:      (310) 712-6600
Facsimile:      (310) 712-8800

Attorneys for VeriFone Holdings, Inc.,
Douglas G. Bergeron, James C. Castle,
Leslie G. Denend, Alex W. (Pete) Hart,
Robert B. Henske, Eitan Raff, Charles R.
Rinehart, Collin E. Roche, Craig A. Bondy,
and Barry Zwarenstein

1    *I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to*

2    *file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS*

3    *TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC.  In*

4    *compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred*

5    *in this filing.*

6

7    Dated: February 29, 2008

8                                                           /s/ Brendan P. Cullen
                                                          Brendan P. Cullen (SBN 194057)
9                                                         SULLIVAN & CROMWELL LLP
                                                          1870 Embarcadero Road
10                                                        Palo Alto, California 94303
                                                          Telephone:     (650) 461-5600
11                                                        Facsimile:     (650) 461-5700

12                                                        Attorney for VeriFone Holdings, Inc.,
                                                          Douglas G. Bergeron, James C. Castle,
13                                                        Leslie G. Denend, Alex W. (Pete) Hart,
                                                          Robert B. Henske, Eitan Raff, Charles R.
14                                                        Rinehart, Collin E. Roche, Craig A. Bondy,
                                                          and Barry Zwarenstein
15   Dated: February 29, 2008

16                                                         /s/ Arthur L. Shingler III
                                                          Arthur L. Shingler III (SBN 181719)
17                                                        SCOTT + SCOTT LLP
                                                          600 B Street, Suite 1500
18                                                        San Diego, California 92101
                                                          Telephone:     (619) 233-4565
19                                                        Facsimile:     (619) 233-0508

20                                                        David R. Scott
                                                          SCOTT + SCOTT LLP
21                                                        108 Norwich Avenue, P.O. Box 192
                                                          Colchester, Connecticut 06415
22                                                        Telephone:     (860) 537-5537
                                                          Facsimile:     (860) 537-4432
23
                                                          Attorneys for Charles R. King
24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

3

1

2

**ORDER**

3    THE FOREGOING STIPULATION
     IS APPROVED AND IS SO ORDERED.
4

5

6    Dated:    2/29/08

7                                                    THE HONORABLE MARILYN H. PATEL
                                                     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

4

STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS
CASE NO. CV 07-6347 MHP