SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: ashingler@scott-scott.com

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P. O Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com

*Counsel for Derivative Plaintiff
Charles R. King*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No.<br><br>C 07-6140 MHP<br><br>**[PROPOSED] ORDER GRANTING DERIVATIVE PLAINTIFF CHARLES R. KING'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND L.R. 7-11**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

[PROPOSED] ORDER

1   On March 7, 2008, Derivative Plaintiff Charles R. King filed Derivative Plaintiff Charles R.
2   King's Administrative Motion To Consider Whether Cases Should Be Related Pursuant to Civil L.R.
3   3-12 And L.R. 7-11 (the "Motion"), seeking to relate *Hilborn v. Bergeron, et al.*, Case No. C 08-
4   1132 PVT and *Patel v. Bergeron, et al.*, Case No. C 08-1133 HRL to *In re VeriFone Securities
5   Litigation*, Case No. C 07-6140 MHP ("*In re VeriFone*"). Upon consideration of the papers and the
6   pleadings on file, and good cause appearing, the Court GRANTS the Motion.
7   IT IS HEREBY ORDERED that *Hilborn v. Bergeron, et al.*, Case No. C 08-1132 PVT and
8   *Patel v. Bergeron, et al.*, Case No. C 08-1133 HRL are deemed related to *In re VeriFone* and are
9   reassigned to the undersigned as related cases.

11  Dated:_____                    _____
                                                Hon. Marilyn H. Patel
12                                              United States District Judge

[PROPOSED] ORDER                                                                              - 1 -

CERTIFICATE OF SERVICE

1  I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such a filing to the email addresses denoted on the attached Electronic Mail Notice List for Case No. 3:07-cv-06140-MHP, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists for Case No. 5:08-cv-01133-HRL and Case No. 5:08-cv-01132-PVT.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on March 7, 2008.

/s/
_____
ARTHUR L. SHINGLER III

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

[PROPOSED] ORDER — - 2 -

## Mailing Information for a Case 3:07-cv-06140-MHP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ramzi Abadou**
  ramzia@csgrr.com,debh@csgrr.com

- **Martin D. Chitwood**
  mdc@classlaw.com,las@classlaw.com,tft@classlaw.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com

- **Aaron H. Darsky**
  adarsky@schubert-reed.com

- **Timothy Alan DeLange**
  kristinas@blbglaw.com,timothyd@blbglaw.com

- **Daniel C. Girard**
  girardgibbs@girardgibbs.com,cma@girardgibbs.com

- **Willem F. Jonckheer**
  wjonckheer@schubert-reed.com

- **Darren T. Kaplan**
  dkaplan@chitwoodlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Gregory E. Keller**
  gkeller@chitwoodlaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **Jonathan Krasne Levine**
  jkl@girardgibbs.com,mav@girardgibbs.com

- **Mark Cotten Molumphy**
  mmolumphy@cpmlegal.com,oszeto@cpmlegal.com,pskahan@cpmlegal.com,jacosta@cpmlegal.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Juden Justice Reed**
  jreed@schubert-reed.com,plee@schubert-reed.com,akeng@schubert-reed.com,rschubert@schubert-reed.com

- **Aaron M. Sheanin**
  ams@girardgibbs.com,amv@girardgibbs.com,ace@girardgibbs.com

- **Michael Howard Steinberg**
  steinbergm@sullcrom.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,dburwell@cpmlegal.com,cwalker@cpmlegal.com,rjit@cpmlegal.com,aliang@cpmlegal.com,mcompesi@cpmlegal

- **James M. Wilson**
  jmw@classlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Eran Rubinstein
11 Grace Avenue
Suite 306
Great Neck, NY 11021

Susan Boltz Rubinstein
11 Grace Avenue
Suite 306
Great Neck, NY 11021
```

## Mailing Information for a Case 5:08-cv-01133-HRL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nichole Browning
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, Ca 94598

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Eric L Zagar
Schiffrin Barroway Topaz and Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```

# Mailing Information for a Case 5:08-cv-01132-PVT

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Nichole T. Browning**
  nbrowning@sbtklaw.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Nichole Browning
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, Ca 94598

James H Miller
Schriffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Eric L Zagar
Schiffrin Barroway Topaz and Kessler LLP
280 King of Prussia Road
Radnor, PA 19087
```