Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
CRAIG A. BONDY, and BARRY ZWARENSTEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, derivatively on behalf of VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., <br><br> Nominal Defendant. | Case No. CV 07-6347 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER LIFTING ORDERS ENTERED PRIOR TO THE RELATED CASE ORDER** <br><br> Judge: The Hon. Marilyn H. Patel <br> Courtroom: 15 <br><br> This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP |

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER LIFTING PRIOR ORDERS
CASE NO. CV 07-6347 MHP

WHEREAS on December 14, 2007, Charles R. King ("Plaintiff") filed a Verified Derivative Complaint for Breach of Fiduciary Duty styled *King* v. *Bergeron et al.* (the "Complaint") against nominal defendant VeriFone Holdings, Inc. ("VeriFone") and individual defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, and Barry Zwarenstein (collectively, "Defendants"), which was assigned to the Honorable Patricia V. Trumbull;

WHEREAS on December 14, 2007, the Honorable Patricia V. Trumbull entered an Order Setting Initial Case Management and ADR Deadlines ("Order") (a true and correct copy of the Order is attached hereto as Exhibit A);

WHEREAS, the Order sets forth deadlines for various procedural tasks to be completed, consistent with the standing order typically entered in cases presided over by Judge Trumbull;

WHEREAS on February 26, 2008, the Complaint was related to *In re VeriFone Holdings, Inc. Securities Litigation*, Master File No. C 07-6140 MHP and reassigned to the Honorable Marilyn H. Patel;

WHEREAS under Civil Local Rule 3-12(g) certain requirements and deadlines set by the Order continue to apply to Plaintiff and Defendants unless the Court lifts the Order;

WHEREAS Plaintiff and Defendants agree that the Order should be lifted and that, if and as the Court deems appropriate, a new order governing scheduling matters in this case should be entered by the Honorable Marilyn H. Patel;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, that the Order is lifted and a new order governing the same matters will be entered by the Honorable Marilyn H. Patel.

IT IS SO STIPULATED.

1  Date: March 10, 2008

2
/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
3  Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
4  SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
5  Palo Alto, California 94303
Telephone:    (650) 461-5600
6  Facsimile:    (650) 461-5700

7  Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
8  1888 Century Park East
Los Angeles, California  90067
9  Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

10
Attorneys for VERIFONE HOLDINGS,
11  INC., DOUGLAS G. BERGERON,
JAMES C. CASTLE, LESLIE G.
12  DENEND, ALEX W. (PETE) HART,
ROBERT B. HENSKE, EITAN RAFF,
13  CHARLES R. RINEHART, COLLIN E.
ROCHE, CRAIG A. BONDY, and
14  BARRY ZWARENSTEIN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.*

Dated: March 10, 2008

                /s/ Brendan P. Cullen
                Brendan P. Cullen (SBN 194057)
                SULLIVAN & CROMWELL LLP
                1870 Embarcadero Road
                Palo Alto, California 94303
                Telephone: (650) 461-5600
                Facsimile: (650) 461-5700

                Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

Dated: March 10, 2008

                /s/ Arthur L. Shingler III
                Arthur L. Shingler III (SBN 181719)
                SCOTT + SCOTT LLP
                600 B Street, Suite 1500
                San Diego, California 92101
                Telephone: (619) 233-4565
                Facsimile: (619) 233-0508

                David R. Scott
                SCOTT + SCOTT LLP
                108 Norwich Avenue, P.O. Box 192
                Colchester, Connecticut 06415
                Telephone: (860) 537-5537
                Facsimile: (860) 537-4432

                Attorneys for CHARLES R. KING

1
2                                              **ORDER**
3   THE FOREGOING STIPULATION
    IS APPROVED AND IS SO ORDERED.
4
5
6   Dated: 3/11/2008



7                                              THE HONORABLE MARILYN H. PATEL
                                               UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SULLIVAN
&
CROMWELL LLP

                                              4
                          STIPULATION AND [PROPOSED] ORDER LIFTING PRIOR ORDERS
                                                      CASE NO. CV 07-6347 MHP