JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
DEREK J. WILSON, Cal. Bar No. 250309
655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:  619/230-0063
Facsimile:  619/233-5535

Attorneys for Plaintiffs Mary Lemmond and Wandell Everett

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles R. King, Derivatively On Behalf of VeriFone Holdings, Inc.<br><br>                Plaintiff,<br><br>   vs.<br><br>DOUGLAS G. BERGERON,<br>JAMES C. CASTLE,<br>LESLIE G. DENEND,<br>ALEX W. (PETE) HART,<br>ROBERT B. HENSKE,<br>EITAN RAFF,<br>CHARLES R. RINEHART,<br>COLLIN E. ROCHE,<br>CRAIG A. BONDY,<br>and BARRY ZWARENSTEIN,<br><br>                Defendants,<br><br>   -and-<br><br>VERIFONE HOLDINGS, INC.,<br><br>                Nominal Defendant. | No.: CV 07-06347 MHP<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12 (b) |

Plaintiffs Mary Lemmond and Wandell Everett hereby move for consideration of whether *Mary Lemmond and Wandell Everett v. Douglas G. Bergeron, et al.,* Case No. 5:08-cv-01301-RS, filed on March 5, 2008, is related to the cases of *Charles King v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-06347-MHP filed on December 14, 2007, *Arunbhai Patel v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-01133-HRL, filed on February 26, 2008, and *Arthur Hilborn v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-01132-PVT, filed on February 26, 2008.

| **Case Name** | **Case No.** | **Filing Date** |
|---|---|---|
| *Charles King v. Douglas G. Bergeron, et al.* | 3:07-cv-06347-MHP | December 14, 2007 |
| *Arthur Hilborn v. Douglas G. Bergeron, et al.* | 5:08-cv-01132-PVT | February 26, 2008 |
| *Arunbhai Patel v. Douglas G. Bergeron, et al.* | 5:08-cv-01133-HRL | February 26, 2008 |
| *Mary Lemmond and Wandell Everett v. Douglas G. Bergeron, et al.* | 5:08-cv-01301-RS | March 5, 2008 |

Pursuant to Civil L.R. 3-12(a), these actions are related. They involve substantially the same parties and events. These actions are shareholder derivative cases and are brought against similar defendants for breach of fiduciary duty and other causes of action. The complaints contain similar allegations. It appears likely that there will be an unduly burdensome duplication of labor and expense and potentially conflicting results if these cases are conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

///
///
///
///
///
///
///

- 1 -

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)

- 2 -

| | |
|---|---|
| DATED:  March 12, 2008 | JOHNSON BOTTINI, LLP<br>FRANCIS A. BOTTINI, JR.<br>DEREK J. WILSON<br>FRANCIS A. BOTTINI, JR |

/s/Francis A. Bottini
      FRANCIS A. BOTTINI, JR.

655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:  619/230-0063
Facsimile:  619/233-5535

Attorneys for Plaintiffs Lemmond and Everett

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R. 3-12(b)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Charles R. King, Derivatively On Behalf of VeriFone Holdings, Inc. | ) ) ) | No.: CV 07-06347 MHP |
| Plaintiff, | ) ) | [PROPOSED] ORDER RELATING CASES |
| vs. | ) ) | |
| DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| -and- | ) ) | |
| VERIFONE HOLDINGS, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

[PROPOSED] ORDER RELEATING CASES

1. Having considered the Administrative Motion to Consider Whether Cases Should be Related Pursuant to L.R.3-12(b) filed by Mary Lemmond and Wandell Everett, Plaintiffs in Case No. 5:08-cv-01301-RS, to which no opposition has been filed, and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

*Mary Lemmond and Wandell Everett v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-01301-RS, filed on March 5, 2008 is related to the cases *Charles King v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-06347-MHP, filed on December 14, 2007, *Arunbhai Patel v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-01133-HRL, filed on February 26, 2008, and *Arthur Hilborn v. Douglas G. Bergeron, et al.*, Case No. 5:08-cv-01132-PVT, filed on February 26, 2008.

Dated:_____

_____
The Honorable Marilyn H. Patel
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
DEREK J. WILSON
FRANCIS A. BOTTINI, JR

/s/ Francis A. Bottini, Jr.
        FRANCIS A. BOTTINI, JR.

655 West Broadway, Suite 1400
San Diego, California 92101
Telephone: 619/230-0063
Facsimile: 619/233-5535

Attorneys for Plaintiffs Lemmond and Everett

- 1 -
[PROPOSED] ORDER RELATING CASES

1  JOHNSON BOTTINI, LLP
   FRANK J. JOHNSON, Cal. Bar No. 174882
2  FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
   BRETT M. WEAVER, Cal. Bar No. 204715
3  DEREK J. WILSON, Cal. Bar No. 250309
   655 West Broadway, Suite 1400
4  San Diego, California  92101
   Telephone:  619/230-0063
5  Facsimile:  619/233-5535

6  Attorneys for Plaintiffs Mary Lemmond and Wandell Everett

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 Charles R. King, Derivatively On Behalf of  )  No. CV 07-06347 MHP
   VeriFone Holdings, Inc.                     )  PROOF OF SERVICE
11                                             )
                       Plaintiff,              )
12       vs.                                   )
                                               )
13 DOUGLAS G. BERGERON,                        )
   JAMES C. CASTLE,                            )
14 LESLIE G. DENEND,                           )
   ALEX W. (PETE) HART,                        )
15 ROBERT B. HENSKE,                           )
   EITAN RAFF,                                 )
16 CHARLES R. RINEHART,                        )
   COLLIN E. ROCHE,                            )
17 CRAIG A. BONDY,                             )
   and BARRY ZWARENSTEIN,                      )
18                                             )
                       Defendants,             )
19      -and-                                  )
                                               )
20 VERIFONE HOLDINGS, INC.,                    )
                                               )
21                                             )
                       Nominal                 )
22                     Defendant.              )
                                               )
23

24       I am employed in the County of San Diego; I am over the age of eighteen years and not a

25 party to the within entitled action; my business address is 655 West Broadway, Suite 1400, San

26 Diego, CA 92101.

27       On March 12, 2008, I served a copy of the following documents:

28

- 1 -
PROOF OF SERVICE

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO L.R.3-12 (b)**
2. **[PROPOSED] ORDER RELATING CASES**

☒ [BY MAIL] I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Johnson Bottini, LLP, San Diego, California, following ordinary business practices. I am familiar with the firm's practice for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ [BY FACSIMILE] The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error. A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

☐ [BY OVERNIGHT MAIL] I placed each such sealed Federal Express envelope, with a pre-paid airbill attached thereto and delivered the envelope to a Federal Express agent for delivery.

☐ [BY PERSONAL SERVICE] By causing the documents described above to be delivered by hand on this date before 5:00pm.

☐ [BY ELECTRONIC MAIL]: My electronic business address is trisha@johnsonbottini.com and I caused such document(s) to be electronically mailed.

☒ [BY ELECTRONIC ACCESS): Pursuant to the Court's CM/ECF Electronic Filing policies and procedures, I hereby certify that the above documents were electronically filed with the Court who will give notification of the filing to all Filing Parties in this action.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true correct and true. Executed on March 12, 2008, at San Diego, California.

                                          /s/ Francis A. Bottini, Jr.
                                          FRANCIS A. BOTTINI, JR.

Attorney for Plaintiffs Mary Lemmond and Wandell Everett

**SERVICE LIST**

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303

(Attorney for Defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Colin E. Roche, Craig A. Bondy, Barry Zwarenstein and Nominal Defendant Verifone Holdings, Inc., )

KIRKLAND & ELLIS LLP
Mark McKane
555 California Street, Ste. 2700
San Francisco, CA  94104

(Attorney for Defendant GTCR Golden Rauner, LLC)

Arthur L. Shingler III
SCOTT + SCOTT LLP
600 B Street, Ste. 1500
San Diego, CA  92101

(Attorney for Plaintiff Charles R. King)

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R. Plutzik
L. Timothy Fisher
Nichole Browning
2125 Oak Grove Road, Ste. 120
Walnut Creek, Ca  94598

(Attorneys for Plaintiffs Hilborn & Patel)

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
DEREK J. WILSON
655 West Broadway, Suite 1400
San Diego, California  92101
Telephone:  619/230-0063
Facsimile:  619/233-5535

(Attorneys for Plaintiffs Lemmond and Everett)

Courtesy copies to:

Magistrate Judge Patricia V. Trumbull
United States District Court for the
Northern District of California
280 S. First Street, Room. 5
San Jose, CA  95113

1 | Judge Howard L. Lloyd
United States District Court for the
2 | Northern District of California
280 S. First Street, Room. 2
3 | San Jose, CA  95113

4 | Magistrate Judge Richard Seeborg
United States District Court for the
5 | Northern District of California
280 S. First Street, Room. 4
6 | San Jose, CA  95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
PROOF OF SERVICE