SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: 860/537-5537
Fax.: 860/537-4432

*Counsel for Plaintiff Charles R. King*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., <br><br> NOMINAL DEFENDANT. | Case No. C 07-cv-06347-MHP <br><br> **PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL** <br><br> Judge: The Hon. Marilyn H. Patel <br><br> Courtroom: 15 <br><br> **Hearing Date: April 28, 2008** <br><br> **Hearing Time: 2:00 p.m.** |

| | |
|---|---|
| ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01132-PVT |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |
| ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01133-HRL |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |

PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

| | |
|---|---|
| MARY LEMMOND and WANDELL EVERETT, Derivatively on Behalf of VERIFONE HOLDINGS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>DOUGLAS G. BERGERON, BARRY ZWARENSTEIN, JESSE ADAMS, ISAAC ANGEL, ELMORE WALLER, COLLIN E. ROCHE, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, WILLIAM G. ATKINSON, CRAIG A. BONDY, GTCR GOLDER RAUNER, LLC, and DOES 1-25, inclusive, <br><br>Defendants, <br><br>-and- <br><br>VERIFONE HOLDINGS, INC., a Delaware Corporation <br><br>NOMINAL DEFENDANT. | Case No. C 08-cv-01301-RS |

Within two weeks of learning of nominal defendant VeriFone Holdings, Inc.'s ("VeriFone") announcement that they intended to restate their previous three fiscal quarters, Plaintiff Charles R. King ("King") filed his shareholder derivative action on behalf of VeriFone against its current and former directors and/or officers for breaches of fiduciary duties. Over ten weeks later, Plaintiff Arunbhai Patel ("Patel"), who holds three times fewer shares than King, filed a tag-along action alleging substantially similar factual allegations and legal theories of relief as King. Patel's action, however, provides no additional benefit to VeriFone's shareholders, because King, who fairly and adequately represents the interest of VeriFone shareholders, is already diligently prosecuting his earlier filed action. Because King was the first to file, has been diligently prosecuting his action and has a larger financial interest, the Court should appoint King lead plaintiff over the consolidated shareholder derivative actions and appoint his counsel Scott + Scott, LLP as lead counsel.

- 1 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

## I. BRIEF STATEMENT OF RELEVANT FACTS

King is a retired Delta Air Line pilot, who since his retirement in 1998 has been actively involved in managing his investment portfolio. Declaration of Charles R. King ("King Decl."), ¶ 5. King regularly monitors the performance of his investments by researching investment opportunities and reviewing companies' public statements and SEC filings. *Id.*, ¶ 5. As part of investment portfolio, King owns 3,000 shares of VeriFone common stock. *Id.*, ¶ 3. King has committed to holding shares of VeriFone during this litigation. *Id.*, ¶ 9.

On December 3, 2007, VeriFone announced in a press release that it would be restating its previous three fiscal quarters. Upon learning of this news, King researched his legal options and retained Scott + Scott, LLP to represent his rights. King Decl., ¶ 6. On December 14, 2007, King, through Scott + Scott, filed his shareholder derivative action, alleging that Defendants allowed and/or caused:

> the issuance of a series of false and materially misleading statements and omissions which: (i) deceived the investing public regarding VeriFone's business operations, management and the intrinsic value of VeriFone common stock; (ii) made it appear that VeriFone had adopted a Company-wide system of internal controls and procedures to ensure that VeriFone's accounting and financial statements accurately reflected the true financial condition of the Company at all times during the Relevant Period; (iii) enabled the Company to artificially inflate the price of VeriFone shares; and (iv) enabled VeriFone insiders to sell millions of dollars of their privately held VeriFone shares while in possession of material adverse non-public information about the Company.

King Complaint, ¶ 2.

After filing his action and well before any other related derivative actions had been filed, King, through Scott + Scott, and Defendants were in contact regarding initial case scheduling. Ultimately, the parties stipulated to waiving service of summons and they agreed that Defendants had until April 10, 2008 to move or otherwise respond to the King Complaint. Dkt. No. 6-7.[1] Upon

---

[1] Because the later filed actions have made a motion to consolidate necessary, Defendants' response to the individual complaints will be put off until some time after the filing of a consolidated amended complaint.

learning of the tag-along actions, King, through Scott + Scott, filed the appropriate administrative motions regarding related cases under the Local Rules. Dkt. No. 8.

Over ten weeks after the King Complaint was filed, Patel filed a complaint against Defendants alleging the substantially same misconduct. *Compare* King Compl., ¶ 2 *with* Patel Compl., ¶ 2.[2]

On March 18, 2008, Plaintiff King filed a motion to consolidate all related shareholder derivative actions and for his appointment as lead plaintiff, together with the appointment of Scott + Scott LLP as lead counsel. Dkt. No. 15. On March 19, 2007, Patel filed a competing motion for appointment as lead plaintiff and appointment of lead counsel. Dkt. No. 18.

## II.     ARGUMENT

### A.     King Meets The Requirement Of Rule 23.1

Rule 23.1 of the Federal Rules of Civil Procedure provides that "[t]he derivative action may not be maintained if it appears that the plaintiff does not fairly and adequately represent the interests of the shareholders . . . similarly situated in enforcing the rights of the corporation." In determining a plaintiff's fitness to be lead plaintiff courts also consider: (1) whether the plaintiff held shares during the relevant time period; (2) whether the plaintiff is represented by capable counsel; and (3) whether the plaintiff is subject to any unique defense that would frustrate appointment." *Brown v. Kelly*, No. C 06-04671 JW, 2006 WL 3411868, at *1 (N.D. Cal. Nov. 27, 2006).

As shown in his motion to consolidate, King meets the requirements of Rule 23.1. King owned shares of VeriFone during the relevant period and currently owns shares. He is represented by capable and experienced counsel and is not subject to any unique defenses or conflicts of interest.

### B.     The Standard To Appoint Lead Plaintiff

In a derivative action, it is well established that the court may appoint a plaintiff leadership structure, including a lead plaintiff, to coordinate the prosecution of complex litigation. *See e.g., Lee*

---

[2]     Two additional actions were filed, but neither plaintiff has moved for lead.

- 3 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

*ex rel Coherent, Inc. v. Ambroseo*, No. 07 Civ.0955, 2007 WL 1558565 at * 2 (N.D. Cal. May 29, 2007); *Vincent v. Hughes Air West, Inc.,* 557 F.2d 759, 774 -75 (9th Cir. 1977); *see also Horn v. Raines*, 227 F.R.D. 1, 3 (D.D.C. 2005) ("a leadership structure is necessary for an orderly litigation"). In appointing a lead plaintiff, courts have considered a variety of factors. Among the factors that courts routinely consider are (1) first to file, (2) largest financial interest, and (3) quality of pleadings. *See, e.g.*, *In re Foundry Networks, Inc. Derivative Litig.*, No. C-06-05598-RMW, 2007 WL 485974, at *1 (N.D. Cal. Feb. 12, 2007) (appointing as lead plaintiff the party that was first to file, had largest stake, and marginally better quality of pleading); *Wright v. Krispy Kreme Doughnuts, Inc*., 232 F.R.D. 528 (M.D.N.C. 2005); *Dollens v. Zionts*, 2001 WL 1543524, at *4-5 (N.D. Ill. Dec. 4, 2001). Each of the above factors favor the appointment of King as lead plaintiff.

**1.    King Was The First To File And Has And Will Continue To Diligently And Vigorously Prosecute This Action**

Shortly after learning of VeriFone's troubling announcement that it would be restating its results for its previous three fiscal quarters, King filed his action. Indeed, King's filing of his complaint within two weeks of VeriFone's announcement evidences that King will vigorously prosecute his action. Moreover, since filing his action, King has fairly and adequately represented the interests of the shareholders in diligently prosecuting his action. For instance, King and Defendants, through their respective counsel, have communicated about initial procedural matters, including entering into a stipulation waiving summons and setting a deadline for Defendants to move or otherwise respond to the King Complaint. Dkt. No. 6-7. Not until ten weeks after King filed his action, did Patel finally file his tag-along action. Because King filed his action first and has diligently prosecuted his action for the benefit of VeriFone's shareholders, the Court should appoint King as lead plaintiff. *See e.g. Wright*, 232 F.R.D. at 530 (holding that the first to file was the most appropriate lead plaintiff); *Millman ex rel. Friedman's, Inc. v. Brinkley, No*. 1:03-CV-3831-WSD, 2004 WL 2284505, at * 3 (N.D. Ga. October 01, 2004) (naming the plaintiffs who first filed their complaint lead plaintiffs); *Biondi v. Scrushy*, 820 A.2d 1148, 1159 (Del. Ch. 2003) (the "first-filed factor typically becomes decisively important only when: (1) a consideration of other relevant

- 4 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

factors does not tilt heavily in either direction and there is a need for an objective tie-breaker. . . ."); *Armstrong v. Doyle,* 20 Misc. 2d 1087, 1088-89 (N.Y. Super. Ct. 1959) (noting that in designating lead counsel in a derivative action, the court should consider the "wishes of the one who first brought suit" while ultimately making its decision on the basis of the competency and experience of the attorneys).

### 2. King Has The Largest Financial Stake

In addition to being the first to file, King holds more shares of VeriFone than Patel. King currently holds 3,000 shares to Patel's 1,000 shares. Because King has the larger financial interest over Patel, the Court should appoint him Lead Plaintiff. *See, e.g.*, *In re Foundry Networks, Inc. Derivative Litig.*, 2007 WL 485974, at *1 (appointing plaintiff with larger financial stake lead plaintiff).

### 3. The Quality Of The Pleadings Favors King

Finally, the quality of pleadings favors King. Having waited an extra ten weeks to file his complaint, Patel's complaint is substantially similar to King's. *Compare* King Compl., ¶ 2 *with* Patel Compl., ¶ 2. Indeed, Patel's complaint evens copies language from King's complaint. *Compare, e.g.*, King Compl., ¶¶ 24, 28 *with* Patel Compl., ¶¶ 21, 22. Because Patel used King's earlier filed complaint as a template, the quality of pleadings favors King. *See, e.g.*, *Dollens*, 2001 WL 1543524, at *5 (noting that reworking an earlier filed complaint suggests that later-filed party found earlier filed party had crafted a quality complaint).

**C.     The Court Should Appoint Scott + Scott As Lead Counsel**

"[L]ead Plaintiffs, absent extraordinary circumstances, should be able to select their own counsel." *Dollens*, 2001 WL 1543524, at *6. Here, there are no "extraordinary circumstances" that would prevent King's choice of Scott + Scott as lead counsel for the consolidated derivative actions. Accordingly, King's counsel, Scott + Scott, should be appointed lead counsel.

### III.     CONCLUSION

Because King filed his action first, has a larger financial interest, and has diligently prosecuted his action on behalf of VeriFone's shareholders, King respectfully requests that the Court grant his motion, deny Patel's motion, and appoint him lead plaintiff for the consolidated derivative shareholder actions and Scott + Scott as lead counsel.

Dated:  April _7, 2008

Respectfully submitted,

s/ Arthur L. Shingler III
Arthur L. Shingler III
SCOTT + SCOTT, LLP
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  (619) 233-4565
Facsimile:  (619) 233-0508
Email: ashingler@scott-scott.com

David R. Scott
SCOTT + SCOTT, LLP
108 Norwich Avenue
P. O. Box 192
Colchester, CT  06415
Telephone:  (860) 537-5537
Facsimile:  (860) 537-4432
Email:  drscott@scott-scott.com

*Counsel for Derivative Plaintiff Charles R. King*

- 6 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such a filing to the email addresses denoted on the Electronic Mail Notice List for Case No. 3:07-cv-06140-MHP, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists for Case No. 3:08-cv-01133-HRL and Case No. 3:08-cv-01132-PVT and 3:08-cv-01301-RS.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed on April 7, 2008.


       s/ Arthur L. Shingler III
       ARTHUR L. SHINGLER III

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

- 7 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

1
2
**MANUAL MAILING LIST**

3  Francis A. Bottini, Jr.                James H. Miller
   Derek J. Wilson                         Eric L. Zagar
4  JOHNSON BOTTINI, LLP                    SCHRIFFRIN BARROWAY TOPAZ &
   655 West Broadway, Suite 1400           KESSLER,LLP
5  San Diego, CA  92101                    280 King of Prussia Road
                                           Radnor, PA  19087
6  Nichole Browning
   L. Timothy Fisher
7  SCHIFFRIN BARROWAY TOPAZ &
   KESSLER LLP
8  2125 Oak Grove Road
   Sutie 120
9  Walnut Creek, CA  94598

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 8 -
PLAINTIFF CHARLES R. KING'S OPPOSITION TO PLAINTIFF ARUNBHAI PATEL'S MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL

SCOTT + SCOTT LLP
Arthur L. Shingler III (CA Bar No. 181719)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508
Email: ashingler@scott-scott.com

SCOTT + SCOTT, LLP
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: 860/537-5537
Fax.: 860/-537-4432
Email: drscott@scott-scott.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., <br><br> NOMINAL DEFENDANT. | Case No. C 07-cv-06347-MHP <br><br> **DECLARATION OF PLAINTIFF CHARLES R. KING** |

DECLARATION OF CHARLES R. KING

1

| | |
|---|---|
| ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01132-PVT |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |
| ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01133-HRL |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |

DECLARATION OF CHARLES R. KING

| | | |
|---|---|---|
| 1 | MARY LEMMOND and WANDELL EVERETT, Derivatively on Behalf of VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01301-RS |
| 2 | | |
| 3 | | |
| | Plaintiff, | |
| 4 | | |
| | vs. | |
| 5 | | |
| | DOUGLAS G. BERGERON, BARRY ZWARENSTEIN, JESSE ADAMS, ISAAC ANGEL, ELMORE WALLER, COLLIN E. ROCHE, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, WILLIAM G. ATKINSON, CRAIG A. BONDY, GTCR GOLDER RAUNER, LLC, and DOES 1-25, inclusive, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Defendants, | |
| 12 | -and- | |
| 13 | VERIFONE HOLDINGS, INC., a Delaware Corporation | |
| 14 | | |
| 15 | NOMINAL DEFENDANT. | |

DECLARATION OF CHARLES R. KING

## DECLARATION OF CHARLES R. KING

I, Charles R. King declare:

1. I make this declaration (1) in support of my Motion to Consolidate Related Shareholder Derivative Actions and Appoint Lead Plaintiff and Lead Counsel and Incorporated Memorandum of Law and (2) in opposition To Plaintiff Arunbhai Patel's Motion To Appoint Lead Plaintiff And Lead Counsel.

2. I am a resident of Port Saint Lucie, Florida.

3. I currently own 3,000 shares of VeriFone Holdings, Inc. ("VeriFone") common stock.

4. In 1998, after serving 32 years as a pilot for Delta Air Lines, I retired.

5. Since my retirement, I have been actively involved in managing my investment portfolio. As part of managing my investment portfolio, I regularly research investment opportunities, review companies' public statements and SEC filings, and otherwise monitor the performance of my investments.

6. Upon learning in the media of VeriFone's December 3, 2007 announcement that it would be restating its financial results for at least the previous three quarters, I promptly contacted Scott + Scott LLP to review my legal rights. I then retained Scott + Scott as my counsel and authorized Scott + Scott to file a shareholder derivative action in my name on behalf of VeriFone and its shareholders. The action was filed on December 14, 2007.

7. I have not filed a securities action against VeriFone, its directors or officers, nor have I sought to be lead plaintiff in any of the securities actions currently pending against VeriFone and certain of its directors and officers. I am not aware of any conflicts of interest that would prevent me from serving as lead plaintiff on behalf of all VeriFone shareholders in this and later-filed VeriFone shareholder derivative actions that followed mine.

8. I understand that as a shareholder derivative plaintiff in the VeriFone shareholder derivative actions, I owe to other VeriFone shareholders and VeriFone a duty to fairly and adequately represent their interests while enforcing VeriFone's rights. I am willing and able to carry out the duties of lead plaintiff and will fairly and adequately represent the interests of VeriFone and

its shareholders. Moreover, as a current VeriFone shareholder with significant holdings, I will vigorously and conscientiously prosecute the VeriFone derivative actions.

9. I will continue to hold shares of VeriFone until the resolution of this litigation.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and that the declaration was executed on April 4, 2008.

*Charles R. King*
Charles R. King

DECLARATION OF CHARLES R. KING

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such a filing to the email addresses denoted on the Electronic Mail Notice List for Case No. 3:07-cv-06140-MHP, and I hereby certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists for Case No. 3:08-cv-01133-HRL and Case No. 3:08-cv-01132-PVT and 3:08-cv-01301-RS.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on April 7, 2008.

s/ Arthur L. Shingler III
ARTHUR L. SHINGLER III

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

## MANUAL MAILING LIST

Francis A. Bottini, Jr.
Derek J. Wilson
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101

Nichole Browning
L. Timothy Fisher
SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
2125 Oak Grove Road
Sutie 120
Walnut Creek, CA 94598

James H. Miller
Eric L. Zagar
SCHRIFFRIN BARROWAY TOPAZ &
KESSLER,LLP
280 King of Prussia Road
Radnor, PA 19087