1  JOHNSON BOTTINI, LLP
   FRANCIS A. BOTTINI, JR. Cal. Bar No. 175783
2  DEREK J. WILSON, Cal. Bar No. 250309
   655 West Broadway, Suite 1400
3  San Diego, California  92101
   Telephone:  619/230-0063
4  Facsimile:  619/233-5535

5  Attorneys for Plaintiffs Mary Lemmond and Wandell Everett

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  Charles R. King, Derivatively On Behalf )    No.: CV 07-06347 MHP
    of VeriFone Holdings, Inc.               )
13                                           )    NOTICE OF CROSS MOTION AND
                   Plaintiff,                )    CROSS MOTION OF PLAINTIFFS
14         vs.                               )    LEMMOND AND EVERETT FOR
                                             )    CONSOLIDATION OF CASES AND
15  DOUGLAS G. BERGERON,                     )    APPOINTMENT OF LEAD
    JAMES C. CASTLE,                         )    COUNSEL
16  LESLIE G. DENEND,                        )
    ALEX W. (PETE) HART,                     )
17  ROBERT B. HENSKE,                        )
    EITAN RAFF,                              )
18  CHARLES R. RINEHART,                     )
    COLLIN E. ROCHE,                         )
19  CRAIG A. BONDY,                          )
    and BARRY ZWARENSTEIN,                   )
20                                           )
                   Defendants,               )    DATE:  April 28, 2008
21                                           )    TIME:   2:00 P.M.
           -and-                             )    CTRM:   15
22                                           )    JUDGE:  HON. MARILYN H. PATEL
    VERIFONE HOLDINGS, INC.,                 )
23                                           )
                   Nominal Defendant.        )
24  _____ )

25

26

27

28
                                  - 1 -

   Notice of Cross Motion and Cross Motion of Plaintiffs Lemmond and Everett to Consolidate Cases and Appoint
                                    Lead Counsel

| | |
|---|---|
| ARTHUR HILBORN | ) No.: 5:08-cv-01132-MHP |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| DOUGLAS G. BERGERON, ET AL. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| ARUNBHAI PATEL | ) No.: 5:08-cv-01133-MHP |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| DOUGLAS G. BERGERON, ET AL. | ) |
| | ) |
| Defendants, | ) |
| | ) |
| MARY LEMMOND AND | ) No.: 5:08-cv-01301-MHP |
| WANDELL EVERETT | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| DOUGLAS G. BERGERON, ET AL. | ) |
| | ) |
| Defendants, | ) |

TO THE COURT, THE PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 28, 2008 at 2:00 p.m., or as soon thereafter may be heard, in the courtroom of the Honorable Marilyn H. Patel, United States District Court Judge, 450 Golden Gate Avenue, Courtroom 15, Plaintiffs Mary Lemmond and Wandell Everett will and hereby do cross-move for an order consolidating the related *Lemmond, Patel*, and *Hilborn* cases and appointing Johnson Bottini, LLP as lead counsel.

The cross motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities, the Declaration of Francis A. Bottini, Jr., the [Proposed] Order Granting Plaintiffs Lemmond and Everett's Cross-Motion to Consolidate Cases and Appoint Lead Counsel, and Denying Motions of Plaintiffs King and Patel, all papers, pleadings, and documents on file with the Court,

1    and any oral argument offered at the hearing on the motion.

2

3                                          JOHNSON BOTTINI, LLP
                                           FRANCIS A. BOTTINI, JR.
4                                          DEREK J. WILSON
                                           FRANCIS A. BOTTINI, JR
5

6    DATED: April 7, 2008                  _____/s/Francis A. Bottini_____
                                           FRANCIS A. BOTTINI. JR.
7
                                           655 West Broadway, Suite 1400
8                                          San Diego, California 92101
                                           Telephone: 619/230-0063
9                                          Facsimile: 619/233-5535

10                                         Attorneys for Plaintiffs Mary Lemmond
                                           and Wandell Everett
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 3 -

1

## CERTIFICATE OF SERVICE

2

3          I hereby certify that on April 7, 2008, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system that will send notification of

4

such a filing to the email addresses denoted on the Electronic Mail Notice List for

5

Case No. 3:07-cv-06347-MHP, and I hereby certify that I have mailed the

6

foregoing document via the United States Postal Service to the non-CM/ECF

7

participants indicated on the attached Manual Notice Lists for Case No. 3:08-cv-
01133-MHP and Case No. 3:08-cv-01132-MHP and 3:08-cv-01301-MHP.

8          I certify under penalty of perjury under the laws of the United States of
America that the forgoing is true and correct.

9

10   Executed this 7th day of April 2008 at San Diego, California.

11

12

13                                                    _____/s/Francis A. Bottini, Jr._____

14                                                              FRANCIS A. BOTTINI, JR.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

Notice of Cross Motion and Cross Motion of Plaintiffs Lemmond and Everett to Consolidate Cases and Appoint
Lead Counsel