1

2

3

4

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles R. King, Derivatively On Behalf) of VeriFone Holdings, Inc. | No.: CV 07-06347 MHP |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFFS LEMMOND AND |
| vs. | EVERETT'S CROSS-MOTION TO CONSOLIDATE CASES AND |
| DOUGLAS G. BERGERON, JAMES C. CASTLE, | APPOINT LEAD COUNSEL AND DENYING MOTIONS OF |
| LESLIE G. DENEND, ALEX W. (PETE) HART, | PLAINTIFFS KING AND PATEL |
| ROBERT B. HENSKE, EITAN RAFF, | Judge: The Hon. Marilyn H. Patel |
| CHARLES R. RINEHART, COLLIN E. ROCHE, | Courtroom: 15 |
| CRAIG A. BONDY, and BARRY ZWARENSTEIN, | Hearing Date: April 28, 2008 |
| Defendants, | Hearing Time: 2:00 p.m. |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| Nominal Defendant. | |

25

26

27

28

[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL

| | |
|---|---|
| ARTHUR HILBORN ) | No.: 5:08-cv-01132-MHP |
| Plaintiff, ) | |
| vs. ) | |
| DOUGLAS G. BERGERON, ET AL. ) | |
| Defendants, ) | |

| | |
|---|---|
| ARUNBHAI PATEL ) | No.: 5:08-cv-01133-MHP |
| Plaintiff, ) | |
| vs. ) | |
| DOUGLAS G. BERGERON, ET AL. ) | |
| Defendants, ) | |

| | |
|---|---|
| MARY LEMMOND AND ) | No.: 5:08-cv-01301-MHP |
| WANDELL EVERETT ) | |
| Plaintiff, ) | |
| vs. ) | |
| DOUGLAS G. BERGERON, ET AL. ) | |
| Defendants, ) | |

Upon Consideration of Plaintiffs Everett and Lemmond's Cross-Motion to Consolidate Cases and Appoint Lead Counsel and Opposition to Motions Filed by Plaintiffs King and Patel, and upon consideration of the motions to consolidate, appoint lead plaintiff and lead counsel filed by Plaintiffs Patel and King, any responses to the respective motions, and good cause appearing therefore, it is hereby ORDERED as follows:

I.      CONSOLIDATION OF ACTIONS

1.      The following actions are consolidated pursuant to Rule 42 (a) of the Federal Rules of Civil Procedure for all purposes, including pretrial proceedings, trial and appeal:

| Case Name | Case No. | Filing Date |
|---|---|---|

[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL

| | | |
|---|---|---|
| Arthur Hilborn v.<br>Douglas G. Bergeron, et al. | 5:08-cv-01132-PVT | February 26, 2008 |
| Arunbhai Patel v.<br>Douglas G. Bergeron, et al. | 5:08-cv-01133-HRL | February 26, 2008 |
| Mary Lemmond and Wandell Everett<br>v. Douglas G. Bergeron, et al. | 5:08-cv-01301-RS | March 5, 2008 |

2.    *Charles King v. Douglas G. Bergeron, et al.,* Case No. 3:07-cv-06347-MHP, is dismissed for failure to allege federal jurisdiction.

3.    The caption of these consolidated actions shall be "In re Verifone Holdings, Inc. Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C 08-1132 MHP.[1]

4.    Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

5.    Every pleading in filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE VERIFONE HOLDINGS, INC.<br>DERIVATIVE LITIGATION | ) ) ) ) | Master File No. C 08-1132 MHP |
| This Document Relates To: | ) ) ) ) ) ) | |

---

[1] As noted above, Case No. C07-06347-MHP was originally the low numbered case, but is being dismissed due to a lack of federal subject matter jurisdiction. Thus, Case No. C08-1132-MHP becomes the low-numbered case in this consolidated action.

6.      When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" should appear immediately after the words "This Document Relates To:" in the caption described above.  When a pleading is not intended to be applicable to all actions, this Court's docket number for each individual applicable case and the abbreviated title of that action should appear immediately after "This Document Relates To:" in the caption described above.

7.      A Master Docket and a Master File are hereby established for the above consolidated actions and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

8.      When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No further copies need to be filed, and no other docket entries need to be made.

9.      When a pleading is filed and the caption shows that it is applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

10.     When a case which properly belongs as part of *In re Verifone Holdings, Inc. Derivative Litigation* is filed in this Court or filed and subsequently transferred to this Court from another Court and assigned to this Court, the clerk of this Court shall:

(a)     Place a copy of this Order in the separate file for such action;

(b)     Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) to their counsel in the newly filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which might properly be consolidated as part of the *In re Verifone Holdings, Inc. Derivative Litigation*, Master File No. C 08-1132 MHP.

II.    APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

11.    Plaintiffs Charles King and Arunbhai Patel have moved for appointment as Lead Plaintiff.  The motions are opposed by Plaintiffs Lemmond and Everett.  The Court finds that there is no statutory authority in this jurisdiction for appointment of lead plaintiffs in shareholder derivative actions, and thus declines to appoint a lead plaintiff.

12.    Lead Counsel, as defined below, shall direct this litigation in the best interests of Verifone Holdings, Inc. and its shareholders.

13.    The following law firm is appointed to Lead Counsel for plaintiffs in the consolidated actions comprising the matter of In re Verifone Holdings, Inc. Derivative Litigation:

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
FRANK J. JOHNSON
DEREK J. WILSON
655 W. Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 233-5535

14.    Plaintiffs' Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

15.    Plaintiffs' Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Lead Counsel.

16.     Plaintiffs' Lead Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Plaintiffs' Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

17.     Defendants' counsel may rely upon all agreements made with Plaintiffs' Lead Counsel, or other duly authorized representative of Plaintiffs' Lead Counsel, and such agreements shall be binding on plaintiffs.

III.    SCHEDULE

18.     Plaintiffs' Lead Counsel shall file a Consolidated Amended Complaint no later than forty-five (45) days from the date of entry of this Order.  The Consolidated Amended Complaint shall be deemed the operative complaint superseding all complaints filed in any of the actions consolidated hereunder.

19.     Defendants shall file a response to the Consolidated Amended Complaint within thirty (30) days of the entry of an order by this Court ruling on the motion to dismiss the Consolidated Amended Complaint filed in the related securities fraud class action case – *In re VeriFone Holdings, Inc. Sec. Litig.,* Master File No. C07-6140.

20.     Plaintiffs shall file any opposition to Defendants' response to the Consolidated Amended Complaint within thirty (30) days.

21.     If Defendants file a reply to plaintiffs' opposition, they will do so within thirty (30) days after Plaintiffs' filing of the opposition.  A hearing on the motion will be set on a date convenient to the Court and the parties.

IT IS SO ORDERED.


Dated: _____

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT
JUDGE

[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL

1  Submitted by:

2

3  JOHNSON BOTTINI, LLP

4  _____/s/Francis A. Bottini_____
            FRANCIS A. BOTTINI. JR.
5
   655 West Broadway, Suite 1400
6  San Diego, California  92101
   Telephone:  619/230-0063
7  Facsimile:  619/233-5535

8  Attorneys for Plaintiffs Mary Lemmond
   and Wandell Everett

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD COUNSEL