Michael H. Steinberg (SBN 134179)
(steinbergm@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:    (310) 712-6600
Facsimile:     (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, derivatively on behalf of VERIFONE HOLDINGS, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN,<br><br>                    Defendants,<br><br>-and-<br><br>VERIFONE HOLDINGS, INC.,<br><br>                    Nominal Defendant. | Case No. CV 07-6347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING DEFENDANTS' TIME TO RESPOND**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br><br>This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP |

WHEREAS on December 14, 2007, Charles R. King ("Plaintiff") filed a Verified Derivative Complaint for Breach of Fiduciary Duty styled *King* v. *Bergeron et al.* (the "Complaint") against nominal defendant VeriFone Holdings, Inc. ("VeriFone") and individual defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, and Barry Zwarenstein (collectively, "Defendants");

WHEREAS a Stipulation and Order was entered by the Court on February 29, 2008 giving Defendants until April 10, 2008 to move or otherwise respond to the Complaint, without prejudice to Defendants' right to move the Court before the April 10, 2008 deadline for additional time to answer, plead or otherwise respond to the Complaint;

WHEREAS shortly before and after the Stipulation and Order was entered by the Court, three additional derivative complaints were filed — *Hilborn* v. *Bergeron, et al.*, Case No. CV 08-1132, filed February 26, 2008, *Patel* v. *Bergeron, et al.*, Case No. CV 08-1133, filed February 26, 2008, and *Lemmond, et al.* v. *Bergeron, et al.*, Case No. CV 08-1301, filed March 5, 2008;

WHEREAS on March 19, 2008, the Court entered an order relating the *Hilborn*, *Patel*, and *Lemmond* actions to the instant action;

WHEREAS on March 18, 2008, Plaintiff filed a Motion to Consolidate Related Shareholder Derivative Actions and Appoint Lead Plaintiff and Lead Counsel, and on March 19, 2008, plaintiff in *Patel* v. *Bergeron, et al.* filed a Motion to Consolidate Related Actions, Appoint Lead Plaintiff and Lead Counsel (collectively, "Consolidation Motions");

WHEREAS the hearing date for the Consolidation Motions is currently scheduled for April 28, 2008;

WHEREAS Plaintiff and Defendants agree that an amended consolidated complaint will likely be filed;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by and through his counsel, and Defendants, by and through their counsel, that:

1.  Defendants shall not be required to move or otherwise respond to any complaint in this action until after the Court rules on the Consolidation Motions, and that any motion or response shall be filed in accordance with a briefing schedule that will be set at or after the April 28, 2008 hearing on the Consolidation Motions.

2.  Defendants will not oppose any effort by Plaintiff to seek leave to file a consolidated amended complaint within 90 days of the April 28, 2008 hearing.

IT IS SO STIPULATED.

Date: April 11, 2008

    /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Högberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

*I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.*

Dated: April 11, 2008

      /s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

Dated: April 11, 2008

      /s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone:   (619) 233-4565
Facsimile:   (619) 233-0508

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone:   (860) 537-5537
Facsimile:   (860) 537-4432

Attorneys for CHARLES R. KING

**ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: _____                    _____
                                                    THE HONORABLE MARILYN H. PATEL
                                                    UNITED STATES DISTRICT JUDGE