SCOTT + SCOTT LLP
Arthur L. Shingler III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: 619/233-4565
Fax: 619/233-0508

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Tel.: 860/537-5537
Fax.: 860/537-4432

*Counsel for Plaintiff Charles R. King*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KING, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., <br><br> NOMINAL DEFENDANT. | Case No. C 07-cv-06347-MHP <br><br> **DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL** <br><br> Judge: The Hon. Marilyn H. Patel <br><br> Courtroom: 15 |

DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL

| | | |
|---|---|---|
| 1 | ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01132-PVT |
| 2 | | |
| 3 | | |
| 4 | Plaintiff, | |
| 5 | vs. | |
| 6 | DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | Defendants, | |
| 11 | -and- | |
| 12 | VERIFONE HOLDINGS, INC., | |
| 13 | NOMINAL DEFENDANT. | |
| 14 | | |
| 15 | ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01133-HRL |
| 16 | | |
| 17 | Plaintiff, | |
| 18 | vs. | |
| 19 | DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendants, | |
| 24 | -and- | |
| 25 | VERIFONE HOLDINGS, INC., | |
| 26 | NOMINAL DEFENDANT. | |
| 27 | | |
| 28 | DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL | |

|   |   |
|---|---|
| MARY LEMMOND and WANDELL EVERETT, Derivatively on Behalf of VERIFONE HOLDINGS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS G. BERGERON, BARRY ZWARENSTEIN, JESSE ADAMS, ISAAC ANGEL, ELMORE WALLER, COLLIN E. ROCHE, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, WILLIAM G. ATKINSON, CRAIG A. BONDY, GTCR GOLDER RAUNER, LLC, and DOES 1-25, inclusive, <br><br> Defendants, <br><br> -and- <br><br> VERIFONE HOLDINGS, INC., a Delaware Corporation <br><br> NOMINAL DEFENDANT. | Case No. C 08-cv-01301-RS |

I, Arthur L. Shingler III, declare as follows:

1. I am an attorney duly licensed by the State of California and a Partner with the law firm of Scott + Scott LLP, counsel for Plaintiff Charles R. King in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I provide this declaration in further support of Plaintiff Charles R. King's Motion To Consolidated Related Derivative Shareholder Actions and Appoint Lead Plaintiff and Lead Counsel.

3. At some point in March 2008, I was contacted by Francis A. Bottini, Jr., of Johnson Bottini, LLP, counsel for Plaintiffs Mary Lemmond and Everett Wandell regarding a proposed stipulation for setting the schedule for the filing of a consolidated amended complaint and the responses by defendants thereto.

- 1 -
DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL

4.   As reflected in my email of March 26, 2008, a true and correct copy of which is attached hereto as Exhibit 1, I agreed to review the terms of any such proposed stipulation.

5.   At no point did I or any other attorney for Mr. King agree to enter into the stipulation proposed by Mr. Bottini, which provided defendants 30 days from the ruling on the motion to dismiss in *In re VeriFone Holdings, Inc. Sec. Litig.*, No. 07 Civ 6140 MHP, in which to respond to a consolidated derivative complaint.

6.   Attached hereto as Exhibit 2 is a true and correct copy of a webpages from Johnson Bottini's website indicating that they are still actively enlisting persons to join their securities action against nominal defendant VeriFone Holdings, Inc. I printed Exhibit 2 on April 14, 2008.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and that the declaration was executed on April 14, 2008 at San Diego, California.

                                                    /s/Arthur L. Shingler III
                                                    ARTHUR L. SHINGLER III

DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

I certify under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed on April 14, 2008.

       /s/Arthur L. Shingler III
      ARTHUR L. SHINGLER III

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

- 3 -
DECLARATION OF ARTHUR L. SHINGLER III IN FURTHER SUPPORT OF PLAINTIFF CHARLES R. KING'S MOTION TO CONSOLIDATE RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL AND APPOINT LEAD PLAINTIFF AND LEAD COUNSEL, AND IN OPPOSITION PLAINTIFFS LEMMOND AND EVERETT'S CROSS MOTION TO CONSOLIDATE CASES AND APPOINT LEAD COUNSEL

| | |
|---|---|
| **From:** | Arthur L. Shingler III |
| **To:** | "Eric Zagar"; Frank Bottini; |
| **cc:** | Nichole Browning; |
| **Subject:** | RE: VeriFone derivative cases |
| **Date:** | Wednesday, March 26, 2008 10:31:00 AM |

45 days would be nicer on the consol complaint, but let them propose a stip and we'll look at it.

Art

**From:** Eric Zagar [mailto:ezagar@sbtklaw.com]
**Sent:** Wednesday, March 26, 2008 10:28 AM
**To:** Frank Bottini; Arthur L. Shingler III
**Cc:** Nichole Browning
**Subject:** RE: VeriFone derivative cases

Fine with me

Eric L. Zagar
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 822-2209
Fax: (610) 667-7056

**From:** Frank Bottini [mailto:frankb@johnsonbottini.com]
**Sent:** Wednesday, March 26, 2008 1:27 PM
**To:** Eric Zagar; ashingler@scott-scott.com
**Subject:** VeriFone derivative cases

Eric & Art: In discussing defendants' response to my complaint in VeriFone, I of course told them they will not have to respond to my complaint until a Consolidated Amended Complaint is filed, subsequent to the appointment of lead counsel. I also suggested to them we could also enter into a stipulation pursuant to which defendants will not have to respond to the Consolidated Complaint until 30 days after entry of an order ruling on the motion to dismiss in the 10b-5 case, also before Judge Patel. They indicated they would agree to such a provision. Please let me know if you have any opposition to such a schedule.

Frank A. Bottini




San Diego Hall of Justice

**Johnson Bottini, LLP is committed to providing the highest quality legal services expected at a large law firm with the efficiency and personal touch that only a small firm can offer.**

**Prior to opening their own law firm, the founding partners of Johnson Bottini, LLP were both partners at two of the largest and most preeminent law firms in the country.**

The attorneys at Johnson Bottini, LLP have the "big firm" experience to offer clients, but at a more affordable price.  Johnson Bottini, LLP provides efficient and excellent legal services to its clients.  With lawyers experienced in representing large publicly traded corporations, Johnson Bottini, LLP now represents clients from defrauded individuals to large corporations in complex civil trials.

**Click here to read what judges, lawyers, and clients say about Johnson Bottini, LLP**

**Click Here To Get Information About The Bear Stearns Investigation**

**Click Here To Get More Information About VERIFONE HOLDINGS, INC. SECURITIES LITIGATION**

**Click Below To Get More Information About**
**IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION**

**Click here to read our Terms and Conditions governing your use of this website**





**VERIFONE HOLDINGS, INC. SECURITIES LITIGATION**

**On December 6, 2007, Johnson Bottini, LLP was retained by a number of shareholders to file a class action in the United States**
**District Court for the Northern District of California on behalf of purchasers of the common stock of VeriFone Holdings, Inc. (NYSE: PAY) between September 1, 2006 and November 30, 2007, seeking remedies under the Securities Exchange Act of 1934.**

**Click here to view the press release.**

**Click here to view the complaint.**

**Click here to join this action.**





**VERIFONE HOLDINGS, INC. SECURITIES LITIGATION**

**Whether you are an individual or institution you may retain Johnson Bottini, LLP to file an action under the federal securities laws to recover damages and to seek other relief against VeriFone Holdings, Inc. To join this action and retain Johnson Bottini, LLP, please print, sign, and return via fax, email, or mail the Retainer Agreement and the Certification below.**

**Click here to open the Johnson Bottini, LLP RetainerAgreement**

**Click here to open the VeriFone Certification**

