1  SCOTT + SCOTT LLP
   Arthur L. Shingler III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Tel.: 619/233-4565
   Fax: 619/233-0508
4
   SCOTT + SCOTT LLP
5  David R. Scott
   108 Norwich Avenue
6  P.O. Box 192
   Colchester, CT 06415
7  Tel.: 860/537-5537
   Fax.: 860/537-4432
8
   *Counsel for Plaintiff Charles R. King*
9
                  **UNITED STATES DISTRICT COURT**
10                **NORTHERN DISTRICT OF CALIFORNIA**

11 
   | IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP |
   |---|---|
   | | Judge: The Hon. Marilyn H. Patel<br>Courtroom 15 |
   | This Document Relates To: | **[PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL** |

   [See additional captions on following pages]

| | |
|---|---|
| CHARLES R. KING, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 07-cv-06347-MHP |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |
| ARTHUR HILBORN, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01132-PVT |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |

| | |
|---|---|
| ARUNBHAI PATEL, Derivatively on Behalf of Nominal Defendant, VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01133-HRL |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, COLLIN E. ROCHE, ELMORE WALLER, and BARRY ZWARENSTEIN, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., | |
| NOMINAL DEFENDANT. | |
| MARY LEMMOND and WANDELL EVERETT, Derivatively on Behalf of VERIFONE HOLDINGS, INC., | Case No. C 08-cv-01301-RS |
| Plaintiff, | |
| vs. | |
| DOUGLAS G. BERGERON, BARRY ZWARENSTEIN, JESSE ADAMS, ISAAC ANGEL, ELMORE WALLER, COLLIN E. ROCHE, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, WILLIAM G. ATKINSON, CRAIG A. BONDY, GTCR GOLDER RAUNER, LLC, and DOES 1-25, inclusive, | |
| Defendants, | |
| -and- | |
| VERIFONE HOLDINGS, INC., a Delaware Corporation | |
| NOMINAL DEFENDANT. | |

On April 28, 2008, the Court held a hearing concerning Plaintiffs' motions to consolidate the various VeriFone Holdings, Inc. ("VeriFone") shareholder derivative actions in this District and to appoint lead plaintiff and lead counsel [Dkt. Nos. 15, 18, & 20 filed in *King v. Bergeron, et al.*, C 07-6347-MHP]. Upon consideration of the motions, and all responses thereto, and good cause appearing therefore, it is hereby ORDERED as follows:

## I.   CONSOLIDATION OF ACTIONS

1. The following VeriFone shareholder derivative actions are consolidated pursuant to Rule 42(a) of the Federal Rule of Civil Procedure for all purposes, including pretrial proceedings, trial and appeal (the "Consolidated VeriFone Shareholder Derivative Action"):

| CASE NAME | CASE NO. | DATE ACTION FILED | JUDGE |
|---|---|---|---|
| *King v. Bergeron, et al.* | C 07-6347-MHP | December 14, 2007 | Hon. Marilyn H. Patel |
| *Hilborn v. Bergeron, et al.* | C 08-1132 MHP | February 26, 2008 | Hon. Marilyn H. Patel |
| *Patel v. Bergeron, et al.* | C 08-1133 MHP | February 26, 2008 | Hon. Marilyn H. Patel |
| *Lemmond, et al. v. VeriFone Holdings, Inc., et al.* | C 08-1301-MHP | March 5, 2008 | Hon. Marilyn H. Patel |

2. Any other shareholder derivative actions now pending or later filed in, or transferred to, this District which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in the Consolidated VeriFone Shareholder Derivative Action shall bear the following caption:

PROPOSED ORDER — - 1 -

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-6347 MHP <br><br> Judge: The Hon. Marilyn H. Patel <br><br> Courtroom: 15 |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | |

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

4. Charles R. King shall be appointed Lead Plaintiff of the Consolidated VeriFone Shareholder Derivative Action.

5. The law firm of Scott + Scott, LLP shall be appointed Lead Counsel for plaintiffs in the Consolidated VeriFone Shareholder Derivative Action.

6. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

7. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

8. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

9. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

## III. SCHEDULE

10. Lead Plaintiff shall file and serve a Consolidated Complaint in the Consolidated VeriFone Shareholder Derivative Action, which will supersede all existing complaints filed in these actions, by June 13, 2008. Defendants need not respond to any of the pre-existing complaints.

11. Defendants shall answer or otherwise respond to the Consolidated Complaint by August 1, 2008.

12. In the event Defendants filed any motion in response to the Consolidated Complaint, including any motion under Rule 12 of the Federal Rules of Civil Procedure, Lead Plaintiff shall file and serve his opposition by September 8, 2008.

13. Defendants shall file any reply to Lead Plaintiff's opposition by September 22, 2008.

14. Motions will be heard at 2:00 p.m. on October 6, 2008.

**IT IS SO ORDERED**

Dated:_____

                        Hon. Marilyn H. Patel
                        United States District Judge

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on May 13, 2008, I electronically filed the foregoing with the Clerk of
3 | the Court using the CM/ECF system.
4 | I certify under penalty of perjury under the laws of the United States of America that the
5 | forgoing is true and correct. Executed on May 13, 2008.

                                        /s/ Arthur L. Shingler III
                                       ARTHUR L. SHINGLER III

SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

PROPOSED ORDER                 - 4 -