SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

– and –

DAVID R. SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

Lead Counsel for the Derivative Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | Master File No. C 07-06347 MHP <br><br> Judge:  The Hon. Marilyn H. Patel <br> Courtroom 15 <br><br> **STIPULATION ENLARGING PLAINTIFFS' TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, an Order was entered by the Court on May 14, 2008 giving Plaintiffs until June 13, 2008 to file a Consolidated Complaint in the Consolidated VeriFone Shareholder Derivative Action, which will supersede all existing complaints;

WHEREAS, the Nominal Defendant, VeriFone Holdings, Inc., has not yet filed its Restated Earnings and is currently working on preparing its Restatement;

WHEREAS, Plaintiffs and Defendants agree that it would be the most economical use of time to enlarge the time for Plaintiffs to file a Consolidated Amended Complaint through and including

- 1 -

thirty (30) days after the Nominal Defendant files its Restatement, or July 28, 2008, whichever first occurs;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Plaintiffs shall be required to file a Consolidated Amended Complaint in this action on or before thirty (30) days after the Nominal Defendant files its Restatement, or July 28, 2008, whichever first occurs.

IT IS SO STIPULATED.

Dated: June 11, 2008

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:    (650) 461-5600
Facsimile:     (650) 461-5700

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:    (310) 712-6600
Facsimile:     (310) 712-8800

Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

Dated: June 11, 2008

/s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California  92101
Telephone:    (619) 233-4565
Facsimile:     (619) 233-0508

- 2 -

| | |
|---|---|
| 1 | David R. Scott |
| 2 | SCOTT + SCOTT LLP |
| | 108 Norwich Avenue, P.O. Box 192 |
| 3 | Colchester, Connecticut  06415 |
| | Telephone:    (860) 537-5537 |
| 4 | Facsimile:    (860) 537-4432 |
| 5 | Lead Counsel for the Derivative Plaintiffs |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

**CERTIFICATE OF SERVICE**

I, Arthur L. Shingler III, hereby certify that a copy of the foregoing was served on all parties on June 11, 2008 via the Court's ECF system.

/s/ Arthur L. Shingler, III

- 4 -

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

- 5 -

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____    _____
HON. MARILYN H. PATEL
U.S. DISTRICT JUDGE