1  SCOTT + SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Telephone:  619/233-4565
   619/233-0508 (fax)
4  ashingler@scott-scott.com

5       – and –

6  DAVID R. SCOTT
   108 Norwich Avenue
7  P.O. Box 192
   Colchester, CT  06415
8  Telephone:  860/537-3818
   860/537-4432 (fax)
9  drscott@scott-scott.com

10
   Lead Counsel for the Derivative Plaintiffs
11

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION, | : Master File No. C 07-06347 MHP : : Judge:  The Hon. Marilyn H. Patel : Courtroom 15 : |
| This Document Relates To: | : **STIPULATION ENLARGING PLAINTIFFS' TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** : |
| ALL ACTIONS | : |

20      WHEREAS, an Order was entered by the Court on May 14, 2008 giving Plaintiffs until

21  June 13, 2008 to file a Consolidated Complaint in the Consolidated VeriFone Shareholder Derivative

22  Action, which will supersede all existing complaints;

23      WHEREAS, the Nominal Defendant, VeriFone Holdings, Inc., has not yet filed its

24  Restated Earnings and is currently working on preparing its Restatement;

25      WHEREAS, Plaintiffs and Defendants agree that it would be the most economical use of

26  time to enlarge the time for Plaintiffs to file a Consolidated Amended Complaint through and including

27

28                                                                                  - 1 -

thirty (30) days after the Nominal Defendant files its Restatement, or July 28, 2008, whichever first occurs;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Plaintiffs shall be required to file a Consolidated Amended Complaint in this action on or before thirty (30) days after the Nominal Defendant files its Restatement, or July 28, 2008, whichever first occurs.

IT IS SO STIPULATED.

Dated: June 11, 2008                     /s/ Brendan P. Cullen
                                         Brendan P. Cullen (SBN 194057)
                                         Scott C. Hall (SBN 232492)
                                         Sverker K. Hogberg (SBN 244640)
                                         SULLIVAN & CROMWELL LLP
                                         1870 Embarcadero Road
                                         Palo Alto, California  94303
                                         Telephone:    (650) 461-5600
                                         Facsimile:    (650) 461-5700

                                         Robert A. Sacks (SBN 150146)
                                         Michael H. Steinberg (SBN 134179)
                                         SULLIVAN & CROMWELL LLP
                                         1888 Century Park East
                                         Los Angeles, California  90067
                                         Telephone:    (310) 712-6600
                                         Facsimile:    (310) 712-8800

                                         Attorneys for VERIFONE HOLDINGS,
                                         INC., DOUGLAS G. BERGERON,
                                         JAMES C. CASTLE, LESLIE G.
                                         DENEND, ALEX W. (PETE) HART,
                                         ROBERT B. HENSKE, EITAN RAFF,
                                         CHARLES R. RINEHART, COLLIN E.
                                         ROCHE, CRAIG A. BONDY, and
                                         BARRY ZWARENSTEIN

Dated: June 11, 2008                     /s/ Arthur L. Shingler III
                                         Arthur L. Shingler III (SBN 181719)
                                         SCOTT + SCOTT LLP
                                         600 B Street, Suite 1500
                                         San Diego, California  92101
                                         Telephone:    (619) 233-4565
                                         Facsimile:    (619) 233-0508

- 2 -

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone:    (860) 537-5537
Facsimile:    (860) 537-4432

Lead Counsel for the Derivative Plaintiffs

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

**CERTIFICATE OF SERVICE**

I, Arthur L. Shingler III, hereby certify that a copy of the foregoing was served on all parties on June 11, 2008 via the Court's ECF system.

/s/ Arthur L. Shingler, III

- 4 -

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

## ORDER

THE FOREGOING STIPULATION consisting of 3 pages including signatures, IS APPROVED AND IS SO ORDERED.

Dated: June 11, 2008



HON. MARILYN H. PATEL
U.S. DISTRICT

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347