UNITED STATES DISTRICT COURT

Northern District of California

IN RE VERIFONE HOLDINGS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION,

CASE NO. C 07 06347 MHP

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

This Document Relates To: # CV 07 6347 (King); # CV 08 1132 (Hilborn); # CV 08 1133 (Patel); # CV 08 1301 (Lemmond).

_____/

Judith Scolnick, an active member in good standing of the bar of Southern District of New York, whose business address and telephone number (particular court to which applicant is admitted) is

SCOTT + SCOTT LLP, 29 West 57th Street, New York, NY 10019, (212) 223-6444

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing LEAD PLAINTIFFS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
MARILYN HALL PATEL
United States Magistrate Judge