



Walter W. Noss
SCOTT + SCOTT LLP
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
(216) 229-6088

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE VERIFONE HOLDINGS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION,

CASE NO. C 07-06347 MHP

This Document Relates To: # CV 07 6347
(King); # CV 08 1132 (Hilborn); # CV 08
1133 (Patel); # CV 08 1301 (Lemmond).

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

_____/

Pursuant to Civil L.R. 11-3, Walter W. Noss, an active member in good standing of the bar of the Northern District of Ohio (also see attached), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Lead Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Arthur L. Shingler III, Scott + Scott LLP, 600 B Street, Suite 1500, San Diego, CA 92101 (619) 233-4565

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/10/08

## WALTER W. NOSS
## EXHIBIT A

I was admitted to practice before the Bar of the following courts, as follows:

1. The Supreme Court of Ohio, 11/20/2000

2. United States District Court, Northern District of Ohio, 1/16/2001

3. United States District Court, Southern District of Ohio, 8/18/2004


Dated: 6/10/08

Walter W. Noss

**In Re Verifone Holdings, Inc. Securities Litigation**
U.S. District Court Case No.: C 07-06347 MHP

## PROOF OF SERVICE

I am employed in New York, New York where service of the foregoing document occurred. I am over 18 and not a party to the within action. My business address is Scott + Scott LLP, 29 West 57th Street, New York, NY 10019. I am familiar with the firm's practices for the service of documents. On this date, I served or caused to be served via regular U.S. Mail a true copy of the foregoing document on the following counsel of record:

*King v. Bergeron et al*
*Case No. C 07-6347-MHP*

| | |
|---|---|
| Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 | Counsel for Defendants and Nominal Defendant |
| Eric L. Zagar<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Counsel for Movant, Arunbhai Patel |
| Nichole T. Browning<br>Schiffrin Barroway Topaz & Kessler LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | |

*Hilborn v. Bergeron, et al*
*Case No. C 08-1132-MHP*

| | |
|---|---|
| Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 | Counsel for Defendants and Nominal Defendant |
| Eric L Zagar<br>Schiffrin Barroway Topaz & Kessler LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Counsel for Plaintiff Arthur Hilborn |
| L Timothy Fisher<br>Schiffrin Barroway Topaz & Kessler LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, Ca 94598 | |

Alan R Plutzik
Bramson, Plutzik, Mahler & Birkhaeuser, LLP
2125 Oak Grove Road
Suite 120

1  Walnut Creek, CA 94598

2  James H Miller
   Schriffrin Barroway Topaz & Kessler, LLP
3  280 King of Prussia Road
   Radnor, PA 19087
4
   Nichole Browning
5  Schiffrin Barroway Topaz & Kessler LLP
   2125 Oak Grove Road
6  Suite 120
   Walnut Creek, CA 94598
7
                         *Patel v. Bergeron, et al*
8                        Case No. C 08-1133-MHP

9  Brendan P. Cullen                    Counsel for Defendants and Nominal Defendant
   Sullivan & Cromwell
10 1870 Embarcadero Road
   Palo Alto, CA 94303
11
   Eric L Zagar                         Counsel for Plaintiff Arunbhai Patel
12 Schiffrin Barroway Topaz & Kessler LLP
   280 King of Prussia Road
13 Radnor, PA 19087

14 L Timothy Fisher
   Schiffrin Barroway Topaz & Kessler LLP
15 2125 Oak Grove Road
   Suite 120
16 Walnut Creek, Ca 94598

17 Alan R Plutzik
   Bramson, Plutzik, Mahler & Birkhaeuser, LLP
18 2125 Oak Grove Road
   Suite 120
19 Walnut Creek, CA 94598

20 James H Miller
   Schriffrin Barroway Topaz & Kessler, LLP
21 280 King of Prussia Road
   Radnor, PA 19087
22
   Nichole Browning
23 Schiffrin Barroway Topaz & Kessler LLP
   2125 Oak Grove Road
24 Suite 120
   Walnut Creek, CA 94598
25
   Robin Winchester
26 Schiffrin & Barroway, LLP
   280 King of Prussia Road
27 Radnor, PA 19087

28

*Lemmond et al v. Verifone Holdings, Inc. et al.*
<u>Case No. C 08-1301-MHP</u>

| | |
|---|---|
| Brendan P. Cullen<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303 | Counsel for Defendants and Nominal Defendant |
| Derek J. Wilson<br>Johnson Bottini, LLP<br>655 West Broadway<br>Suit 1400<br>San Diego, CA 92101 | Counsel for Plaintiffs Mary Lemmond and Wandell Everett |
| Francis A. Bottini, Jr.<br>Johnson Bottini, LLP<br>655 W. Broadway<br>Suite 1400<br>San Diego, CA 92101 | |
| Nichole T. Browning<br>Schiffrin Barroway Topaz & Kessler LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | For Movant Arunbhai Patel |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at New York, New York, on June 12, 2008.

*/s/ Ann E. Slaughter*
Ann E. Slaughter

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020294
Cashier ID: sprinka
Transaction Date: 06/17/2008
Payer Name: SCOTT AND SCOTT
----------------------------------------
PRO HAC VICE
 For: SCOTT AND SCOTT
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
----------------------------------------
CHECK
 Check/Money Order Num: 7327
 Amt Tendered: $210.00
----------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

07-6347MHP


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```