UNITED STATES DISTRICT COURT

JUN 16 PH 4:05

Northern District of California

IN RE VERIFONE HOLDINGS, INC.
SHAREHOLDER DERIVATIVE
LITIGATION,

This Document Relates To: # CV 07 6347
(King); # CV 08 1132 (Hilborn); # CV 08
1133 (Patel); # CV 08 1301 (Lemmond).

CASE NO.  C 07 06347 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

_____/

Judith Scolnick                              , an active member in good standing of the bar of

Southern District of New York,              whose business address and telephone number

(particular court to which applicant is admitted)

is

SCOTT + SCOTT LLP, 29 West 57th Street, New York, NY  10019, (212) 223-6444

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing LEAD PLAINTIFFS.

        IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:     June 17, 2008



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
For the Northern District of California