1  SCOTT + SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA 92101
3  Telephone: 619/233-4565
   619/233-0508 (fax)
4  ashingler@scott-scott.com

5     – and –

6  DAVID R. SCOTT
   108 Norwich Avenue
7  P.O. Box 192
   Colchester, CT 06415
8  Telephone: 860/537-3818
   860/537-4432 (fax)
9  drscott@scott-scott.com

10
   Lead Counsel for the Derivative Plaintiffs
11

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C 07-06347 MHP<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom 15 |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | **STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO FILE CONSOLIDATED AMENDED COMPLAINT** |

   WHEREAS, an Order was entered by the Court on May 14, 2008 giving Plaintiffs until June 13, 2008 to file a Consolidated Complaint in the Consolidated VeriFone Shareholder Derivative Action, which will supersede all existing complaints;

   WHEREAS, on June 11, 2008 the parties agreed to an extension of time to file the Consolidated Complaint until thirty (30) days after the Nominal Defendant files its Restatement, or July 28, 2008, whichever first occurs;

   WHEREAS, the Nominal Defendant, VeriFone Holdings, Inc., has still not yet filed its Restated Earnings and is currently working on preparing its Restatement;

- 1 -
Stip. and [Proposed] Order Enlarging Plaintiffs' Time to File Consolidated Amended Complaint
Master File No. C 07-06347

1   WHEREAS, Plaintiffs and Defendants agree that it would be the most economical use of time to enlarge the time for Plaintiffs to file a Consolidated Amended Complaint through and including thirty (30) days after the Nominal Defendant files its Restatement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Plaintiffs shall be required to file a Consolidated Amended Complaint in this action on or before thirty (30) days after the Nominal Defendant files its Restatement.

2. Defendants shall answer or otherwise respond to the Consolidated Complaint on or before forty-five (45) days after the Consolidated Amended Complaint is filed.

3. In the event Defendants file any motion in response to the Consolidated Complaint, including any motion under Rule 12 of the Federal Rules of Civil Procedure, Lead Plaintiff shall file and serve his opposition on or before thirty-five (35) days after the motion is filed.

4. Defendants shall file any reply to Lead Plaintiff's opposition on or before fifteen (15) days after Lead Plaintiff's opposition is filed.

IT IS SO STIPULATED.

Dated: July 28, 2008

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Stip. and [Proposed] Order Enlarging Plaintiffs' Time to File Consolidated Amended Complaint
Master File No. C 07-06347

| | |
|---|---|
| | Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN |
| Dated: July 28, 2008 | /s/ Arthur L. Shingler III |
| | Arthur L. Shingler III (SBN 181719) |
| | SCOTT + SCOTT LLP |
| | 600 B Street, Suite 1500 |
| | San Diego, California 92101 |
| | Telephone: (619) 233-4565 |
| | Facsimile: (619) 233-0508 |
| | |
| | David R. Scott |
| | SCOTT + SCOTT LLP |
| | 108 Norwich Avenue, P.O. Box 192 |
| | Colchester, Connecticut 06415 |
| | Telephone: (860) 537-5537 |
| | Facsimile: (860) 537-4432 |
| | |
| | Lead Counsel for the Derivative Plaintiffs |

- 3 -

Stip. and [Proposed] Order Enlarging Plaintiffs' Time to File Consolidated Amended Complaint
Master File No. C 07-06347

I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO FILE CONSOLIDATED AMENDED COMPLAINT. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dates: July 28, 2008

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN

Dated: July 28, 2008

/s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone:   (619) 233-4565
Facsimile:    (619) 233-0508

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone:   (860) 537-5537
Facsimile:    (860) 537-4432

Lead Counsel for the Derivative Plaintiffs

- 4 -

Stip. and [Proposed] Order Enlarging Plaintiffs' Time to File Consolidated Amended Complaint
Master File No. C 07-06347

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____        _____
                                       HON. MARILYN H. PATEL
                                       U.S. DISTRICT JUDGE