SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

SCOTT + SCOTT LLP
DAVID R. SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

SCOTT + SCOTT LLP
WALTER W. NOSS
GEOFFREY M. JOHNSON
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216/229-6088
216/229-6092 (fax)
wnoss@scott-scott.com
gjohnson@scott-scott.com

SCOTT + SCOTT LLP
JUDITH SCOLNICK
29 West 57th Street
New York, NY 10019
Telephone: 212/223-6444
212/223-6334 (fax)
jscolnick@scott-scott.com

Lead Counsel for the Derivative Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION, <br><br> This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | : Master File No. C 07-06347 MHP <br> : <br> : Judge: The Hon. Marilyn H. Patel <br> : Courtroom 15 <br> : <br> : **STIPULATION ENLARGING** <br> : **PLAINTIFFS' TIME TO FILE** <br> : **CONSOLIDATED AMENDED** <br> : **COMPLAINT** <br> : |

WHEREAS, an Order was entered by the Court on May 14, 2008 giving Plaintiffs until June 13, 2008 to file a Consolidated Amended Complaint in the Consolidated VeriFone Shareholder Derivative Action, which will supersede all existing complaints;

WHEREAS, on June 11, 2008 the parties agreed to an extension of time to file the Consolidated Amended Complaint until thirty (30) days after the Nominal Defendant filed its Restatement, or July 28, 2008, whichever first occurred;

WHEREAS, on July 28, 2008, since Nominal Defendant had not yet filed its Restatement, the parties agreed that it would be the most economical use of time to enlarge the time for

Plaintiffs to file a Consolidated Amended Complaint through and including thirty (30) days after the Nominal Defendant filed its Restatement.

WHEREAS, the Nominal Defendant, VeriFone Holdings, Inc., filed its Restatement on August 19, 2008, triggering the agreed pleading and briefing schedule and making the Consolidated Amended Complaint due September 18, 2008;

WHEREAS, both parties have consulted and agreed to extend the time for the commencement of the pleading and briefing schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Plaintiffs shall be required to file a Consolidated Amended Complaint in this action on or before October 31, 2008.

2. Defendants shall answer or otherwise respond to the Consolidated Amended Complaint on or before forty-five (45) days after the Consolidated Amended Complaint is filed.

3. In the event Defendants file any motion in response to the Consolidated Complaint, including any motion under Rule 12 of the Federal Rules of Civil Procedure, Lead Plaintiff shall file and serve his opposition on or before thirty-five (35) days after the motion is filed.

4. Defendants shall file any reply to Lead Plaintiff's opposition on or before fifteen (15) days after Lead Plaintiff's opposition is filed.

IT IS SO STIPULATED.

Dated: August 28, 2008            /s/ Brendan P. Cullen
                                  Brendan P. Cullen (SBN 194057)
                                  Scott C. Hall (SBN 232492)
                                  Sverker K. Hogberg (SBN 244640)
                                  SULLIVAN & CROMWELL LLP
                                  1870 Embarcadero Road
                                  Palo Alto, California 94303
                                  Telephone: 650/461-5600
                                  650/461-5700 (fax)

                                  Robert A. Sacks (SBN 150146)
                                  Michael H. Steinberg (SBN 134179)
                                  SULLIVAN & CROMWELL LLP
                                  1888 Century Park East
                                  Los Angeles, California 90067
                                  Telephone: 310/712-6600

|   |   |
|---|---|
| 1 | 310/712-8800 (fax) |
| 2 | Attorneys for VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, CRAIG A. BONDY, and BARRY ZWARENSTEIN |

Dated: August 28, 2008      /s/ Arthur L. Shingler III

Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone: 619/233-4565
619/233-0508 (fax)

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone: 860/537-5537
860/537-4432 (fax)

SCOTT + SCOTT LLP
WALTER W. NOSS (*pro hac vice*)
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: 216/229-6088
216/229-6092 (fax)

SCOTT + SCOTT LLP
JUDITH SCOLNICK (*pro hac vice*)
29 West 57th Street
New York, NY 10019
Telephone: 212/223-6444
212/223-6334 (fax)

Lead Counsel for the Derivative Plaintiffs

- 3 -

Stipulation Enlarging Plaintiffs' Time To File Consolidated Amended Complaint
Master File No. C 07-06347

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____          _____
                                        HON. MARILYN H. PATEL
                                        U.S. DISTRICT JUDGE