Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, BARRY ZWARENSTEIN,
JESSE ADAMS, ISAAC ANGEL, COLLIN E. ROCHE, JAMES
C. CASTLE, LESLIE G. DENEND, ALEX W. HART, ROBERT
B. HENSKE, CHARLES R. RINEHART, EITAN RAFF, CRAIG
A. BONDY and WILLIAM ATKINSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>-------------------------------------------------<br><br>This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond) | Case No. CV 07-6347 MHP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFFS' CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |

SULLIVAN
&
CROMWELL LLP

1    WHEREAS, on August 28, 2008, Plaintiffs and Defendants filed a Stipulation Enlarging

2    Plaintiffs' Time to File Consolidated Amended Complaint until October 31, 2008;

3    WHEREAS, the August 28, 2008 Stipulation between Plaintiffs and Defendants provides

4    that Defendants shall answer or otherwise respond to the Consolidated Amended Complaint (the

5    "Complaint") on or before forty-five (45) days after the Complaint is filed;

6    WHEREAS, Plaintiffs filed their Complaint on October 31, 2008;

7    WHEREAS, nominal defendant VeriFone Holdings Inc. ("VeriFone") intends to move to

8    dismiss the Complaint on the ground that Plaintiffs lack standing to sue on VeriFone's behalf because

9    Plaintiffs failed to make a pre-suit demand on VeriFone's Board of Directors (the "VeriFone Standing

10    Motion");

11    WHEREAS, nominal defendant VeriFone and the individual defendants also intend to

12    move to dismiss the Complaint on the grounds that the Complaint fails to state claims against each of

13    them or otherwise is subject to dismissal even if Plaintiffs have standing to assert their claims (the

14    "Separate Dismissal Motions");

15    WHEREAS, the parties believe the resources of the parties and the Court are best

16    conserved, and the interests of judicial economy are best served, by deferring the filing of the Separate

17    Dismissal Motions until the threshold issue of Plaintiff's standing to file and maintain a lawsuit on

18    behalf of VeriFone is resolved by the Court.

19    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between

20    Plaintiffs and Defendants, by and through their respective counsel, that:

21    1.    The VeriFone Standing Motion: Pursuant to the August 28, 2008 Stipulation

22    between Plaintiffs and Defendants, VeriFone will file its motion to dismiss the Complaint on the ground

23    that Plaintiffs do not have standing to pursue this action on the Company's behalf on or before

24    December 15, 2008, such date being forty-five (45) days from the filing of the Consolidated Complaint

25    on October 31, 2008.  Plaintiffs shall file their opposition to VeriFone's motion to dismiss on or before

26    thirty-five (35) days after the motion is filed.  VeriFone shall file any reply to Plaintiffs' opposition on

27    or before fifteen (15) days after the opposition is filed.

28    / / /

2.     <u>The Separate Dismissal Motions</u>:  Other than as set forth in Section 1, above, the individual defendants and VeriFone shall have no obligation to move to dismiss or otherwise respond to the Complaint on December 15, 2008.  Following the Court's resolution of the VeriFone Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Complaint.

IT IS SO STIPULATED.

DATED: November 7, 2008

_/s/ Brendan P. Cullen_____
Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

Attorneys for VeriFone and the VeriFone
Individual Defendants

1

2

3

4

5

6

7

*I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS TO ALL DEFENDANTS AND AS TO NOMINAL DEFENDANT VERIFONE HOLDINGS, INC.  In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.*

Dated: November 7, 2008

8

9

10

11

12

    /s/ Brendan P. Cullen
Brendan P. Cullen (CSB 194057)
Scott C. Hall (CSB 232492)
Sverker K. Hogberg (CSB 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

13

14

15

Robert A. Sacks (CSB 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

16

17

Attorneys for VeriFone and the VeriFone
Individual Defendants

18

19

Dated: November 7, 2008

20

21

22

23

    /s/ Arthur L. Shingler
Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California 92101
Telephone:      (619) 233-4565
Facsimile:      (619) 233-0508

24

25

26

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone:      (860) 537-5537
Facsimile:      (860) 537-4432

27

Attorneys for CHARLES R. KING

28

SULLIVAN
&
CROMWELL LLP

4

1

**ORDER**

2  THE FOREGOING STIPULATION
3  IS APPROVED AND IS SO ORDERED.

4

5  Dated: _____ 11/14/08 _____   _____

6  THE HONORABLE MARILYN H. PATEL
   UNITED STATES DISTRICT JUDGE

7

8

9  Judge Marilyn H. Patel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. CV 07-6347 MHP