1  SCOTT + SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Telephone:  619/233-4565
   619/233-0508 (fax)
4  ashingler@scott-scott.com

5  SCOTT + SCOTT LLP
   DAVID R. SCOTT
6  108 Norwich Avenue
   P.O. Box 192
7  Colchester, CT  06415
   Telephone:  860/537-3818
8  860/537-4432 (fax)
   drscott@scott-scott.com

10 Lead Counsel for the Derivative Plaintiffs
   [Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO FILE OPPOSITION TO NOMINAL DEFENDANTS' MOTION TO DISMISS** |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | Judge:  The Hon. Marilyn H. Patel<br>Courtroom:  15 |

WHEREAS, an Order was entered by the Court on November 19, 2008 giving nominal defendant VeriFone Holdings Inc. ("VeriFone") until December 15, 2008 to file its motion to dismiss the Consolidated Amended Shareholder Derivative Complaint (the "Complaint");

WHEREAS, the November 19, 2008 Order provides that Plaintiffs shall file their opposition to VeriFone's motion to dismiss on or before thirty-five (35) days after VeriFone's motion is filed;

1  WHEREAS, the November 19, 2008 Order provides that VeriFone shall file any reply to
2  Plaintiffs' opposition on or before fifteen (15) days after the opposition is filed;

3  WHEREAS, VeriFone filed its motion to dismiss the Complaint on December 15, 2008;

4  WHEREAS, the hearing date for VeriFone's motion to dismiss was scheduled for February 23,
5  2009 at 2:00 p.m. in courtroom 15;

6  WHEREAS, Plaintiffs and Defendants have consulted and agreed to extend the time for the
7  briefing schedule;

8  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by
9  and through their counsel, and Defendants, by and through their counsel, that:

10  1.  Plaintiffs shall file their opposition to VeriFone's motion to dismiss on or before
11  February 9, 2009.

12  2.  VeriFone shall file its reply to Plaintiffs' opposition on or before March 3, 2009.

13  3.  The hearing date for VeriFone's motion to dismiss shall be scheduled for March 30,
14  2009 at 2:00 p.m. in courtroom 15.

15  IT IS SO STIPULATED.

16  Dated: January 16, 2009        /s/ Arthur L. Shingler III
                                    Arthur L. Shingler III (SBN 181719)
17                                  SCOTT + SCOTT LLP
                                    600 B Street, Suite 1500
18                                  San Diego, California 92101
                                    Telephone:    (619) 233-4565
19                                  Facsimile:    (619) 233-0508

20                                  David R. Scott
                                    SCOTT + SCOTT LLP
21                                  108 Norwich Avenue, P.O. Box 192
                                    Colchester, Connecticut 06415
22                                  Telephone:    (860) 537-5537
                                    Facsimile:    (860) 537-4432
23
                                    WALTER W. NOSS
24                                  GEOFFREY M. JOHNSON
                                    12434 Cedar Road, Suite 12
25                                  Cleveland Heights, OH 44106
                                    Telephone:    (216) 229-6088
26                                  Facsimile:    (216) 229-6092

27
                                    - 2 -
28
                                    Stip. and [Prop.] Order Enlarging Pltfs' Time to
                                    File Opp. to Nominal Defs' Mot. to Dismiss
                                    Master File No. C 07-06347

|   |   |   |
|---|---|---|
| 1 |   | SCOTT + SCOTT LLP |
|   |   | JUDITH SCOLNICK |
| 2 |   | 29 West 57th Street |
|   |   | New York, NY 10019 |
| 3 |   | Telephone:   (212) 223-6444 |
|   |   | Facsimile:    (212) 223-6334 |

Lead Counsel for the Derivative Plaintiffs

Dated: January 16, 2009      /s/ Brendan P. Cullen

Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

Attorneys for Verifone Holdings,
Inc., and the Individual Verifone Defendants

- 3 -

Stip. and [Prop.] Order Enlarging Pltfs' Time to
File Opp. to Nominal Defs' Mot. to Dismiss
Master File No. C 07-06347

1  I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to

2 file this STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO

3 FILE OPPOSITION TO NOMINAL DEFENDANT'S MOTION TO DISMISS.  In compliance

4 with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this

5 filing.

| | |
|---|---|
| Dated: January 16, 2009 | /s/ Arthur L. Shingler III |
| | Arthur L. Shingler III (SBN 181719) |
| | SCOTT + SCOTT LLP |
| | 600 B Street, Suite 1500 |
| | San Diego, California  92101 |
| | Telephone:     (619) 233-4565 |
| | Facsimile:      (619) 233-0508 |
| | |
| | David R. Scott |
| | SCOTT + SCOTT LLP |
| | 108 Norwich Avenue, P.O. Box 192 |
| | Colchester, Connecticut  06415 |
| | Telephone:     (860) 537-5537 |
| | Facsimile:      (860) 537-4432 |
| | WALTER W. NOSS |
| | |
| | GEOFFREY M. JOHNSON |
| | 12434 Cedar Road, Suite 12 |
| | Cleveland Heights, OH 44106 |
| | Telephone:     (216) 229-6088 |
| | Facsimile:      (216) 229-6092 |
| | |
| | SCOTT + SCOTT LLP |
| | JUDITH SCOLNICK |
| | 29 West 57th Street |
| | New York, NY 10019 |
| | Telephone:     (212) 223-6444 |
| | Facsimile:      (212) 223-6334 |
| | |
| | Lead Counsel for the Derivative Plaintiffs |
| | |
| Dated: January 16, 2009 | /s/ Brendan P. Cullen |
| | Brendan P. Cullen (SBN 194057) |
| | Scott C. Hall (SBN 232492) |
| | Sverker K. Hogberg (SBN 244640) |
| | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| | Palo Alto, California  94303 |
| | Telephone:     (650) 461-5600 |
| | Facsimile:      (650) 461-5700 |

- 4 -

Stip. and [Prop.] Order Enlarging Pltfs' Time to
File Opp. to Nominal Defs' Mot. to Dismiss
Master File No. C 07-06347

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Attorneys for Verifone Holdings,
Inc., and the Individual Verifone Defendants

- 5 -

Stip. and [Prop.] Order Enlarging Pltfs' Time to
File Opp. to Nominal Defs' Mot. to Dismiss
Master File No. C 07-06347

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: __1/20/2009_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

- 6 -

Stip. and [Prop.] Order Enlarging Pltfs' Time to
File Opp. to Nominal Defs' Mot. to Dismiss
Master File No. C 07-06347