```
 1  SCOTT + SCOTT LLP
    ARTHUR L. SHINGLER III (181719)
 2  600 B Street, Suite 1500
    San Diego, CA  92101
 3  Telephone:  619/233-4565
    619/233-0508 (fax)
 4  ashingler@scott-scott.com

 5  SCOTT + SCOTT LLP
    DAVID R. SCOTT
 6  108 Norwich Avenue
    P.O. Box 192
 7  Colchester, CT  06415
    Telephone:  860/537-3818
 8  860/537-4432 (fax)
    drscott@scott-scott.com
 9

10  Lead Counsel for the Derivative Plaintiffs
    [Additional Counsel on Signature Page]
11
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO FILE SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | Judge:  The Hon. Marilyn H. Patel <br> Courtroom:  15 |

WHEREAS, an Order was entered by the Court on May 26, 2009 granting nominal defendant VeriFone Holdings Inc.'s ("VeriFone") Motion to Dismiss Plaintiffs' Consolidated Amended Shareholder Derivative Complaint (the "Complaint");

WHEREAS, the May 26, 2009 Order provides that Plaintiffs shall file their Second Amended Consolidated Shareholder Derivative Complaint within thirty (30) days of the date of the Order;

- 1 -

WHEREAS, the May 26, 2009 Order provides that VeriFone shall file a response within thirty (30) days thereafter;

WHEREAS, the May 26, 2009 Order provides that Plaintiffs "should gain access to certain of VeriFone's documents and records for the Relevant Period" pursuant to 8 Del. C. § 220;

WHEREAS, shareholder plaintiff Charles R. King made a written demand on VeriFone, that was received by VeriFone on June 10, 2009, pursuant to 8 Del. C. § 220, to inspect VeriFone's books and records;

WHEREAS, Plaintiffs and Defendants have consulted and agreed to extend the time for the Plaintiffs to file their Second Amended Consolidated Shareholder Derivative Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by and through their counsel, and Defendants, by and through their counsel, that:

1. Plaintiffs shall file their Second Amended Consolidated Shareholder Derivative Complaint within thirty (30) days of receiving all of the books and records they are entitled to inspect from VeriFone pursuant to 8 Del. C. § 220.

2. VeriFone shall file a response within thirty (30) days thereafter.

IT IS SO STIPULATED.

Dated: June 11, 2009

/s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT + SCOTT LLP
600 B Street, Suite 1500
San Diego, California  92101
Telephone:    (619) 233-4565
Facsimile:    (619) 233-0508

David R. Scott
SCOTT + SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut  06415
Telephone:    (860) 537-5537
Facsimile:    (860) 537-4432

|   |   |
|---|---|
| | Walter W. Noss<br>Geoffrey M. Johnson<br>SCOTT + SCOTT LLP<br>12434 Cedar Road, Suite 12<br>Cleveland Heights, OH 44106<br>Telephone:  (216) 229-6088<br>Facsimile:   (216) 229-6092<br><br>Judith Scolnick<br>SCOTT + SCOTT LLP<br>29 West 57th Street<br>New York, NY 10019<br>Telephone:  (212) 223-6444<br>Facsimile:   (212) 223-6334<br><br>Lead Counsel for the Derivative Plaintiffs |
| Dated:  June 11, 2009 | /s/ Brendan P. Cullen<br>Brendan P. Cullen (SBN 194057)<br>Scott C. Hall (SBN 232492)<br>Sverker K. Hogberg (SBN 244640)<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California  94303<br>Telephone:  (650) 461-5600<br>Facsimile:   (650) 461-5700<br><br>Robert A. Sacks (SBN 150146)<br>Michael H. Steinberg (SBN 134179)<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California  90067<br>Telephone:  (310) 712-6600<br>Facsimile:   (310) 712-8800<br><br>Attorneys for Verifone Holdings, Inc., and the Individual Verifone Defendants |

\*     \*     \*

**ORDER**

The foregoing stipulation is approved

AND IS SO ORDERED.

Dated:  June 12, 2009

_____
Hon. Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Marilyn H. Patel

- 3 -

Stip. and [Prop.] Order Enlarging Plts' Time to
File Second Am. Cons. S'holder Deriv. Complaint
Case No. CV 07-06347 MHP

I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER ENLARGING PLAINTIFFS' TIME TO FILE SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: June 11, 2009  /s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)

- 1 -

Stip. and [Prop.] Order Enlarging Pltfs' Time to
File Second Am. Cons. S'holder Deriv. Complaint
Case No. CV 07-06347 MHP