Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC., DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G. DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE, EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE, JESSE ADAMS, ISAAC ANGEL, WILLIAM ATKINSON, CRAIG A. BONDY and BARRY ZWARENSTEIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>CV 07-6347 (King); CV 08-1132 (Hillborn); CV 08-1133 (Patel); CV 08-1301 (Lemmond) | Case No. CV 07-6347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PENDING DEADLINES UNTIL COMPLETION OF MEDIATION**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br><br>This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6140 MHP |

SULLIVAN
&
CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER STAYING PENDING DEADLINES
Case No. CV 07-6347 MHP

1  WHEREAS, on May 26, 2009, this Court issued a Memorandum & Order Re: Nominal
2  Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Shareholder Derivative Complaint for
3  Failure to Make Demand, which granted Defendant's motion to dismiss with leave to amend and
4  directed Plaintiffs to file an amended complaint within 30 days;

5  WHEREAS, on June 12, 2009, the Court signed the parties' Stipulation and [Proposed]
6  Order Enlarging Plaintiffs' Time to File Second Amended Consolidated Shareholder Derivative
7  Complaint (the "Stipulated Order"), which stated that "Plaintiffs shall file their Second Amended
8  Consolidated Shareholder Derivative Complaint within thirty (30) days of receiving all of the books and
9  records they are entitled to inspect from VeriFone pursuant to 8 Del. C. § 220";

10 WHEREAS, subsequent to the June 12, 2009 Stipulated Order, the parties met and
11 conferred and agreed to make a good faith effort at mediation;

12 WHEREAS, the parties have agreed to a mediator, Judge William J. Cahill (Ret.), and are
13 currently scheduling the mediation for the week of October 5, 2009;

14 WHEREAS, the mediation is scheduled to occur in conjunction with the mediation
15 previously agreed to in the related putative class action, *In re VeriFone Holdings, Inc. Securities*
16 *Litigation*, No. C 07-06140 MHP (N.D. Cal.) (the "Putative Class Action");

17 WHEREAS, on July 7, 2009, the Court signed the Putative Class Action parties'
18 Stipulation and [Proposed] Order Staying Pending Deadlines Until Completion of Mediation, providing
19 that, in the event the mediation is unsuccessful, the parties will meet and confer and submit to the Court
20 a revised schedule in connection with the Putative Class Action plaintiffs' consolidated amended
21 complaint;

22 WHEREAS, the parties in this action believe that, as with the Putative Class Action, it is
23 reasonable to stay all current deadlines pending completion of the mediation to avoid expending
24 additional time and resources of both the Court and the parties that may become unnecessary if the
25 mediation is successful; and

26 WHEREAS, in the event the mediation is unsuccessful, the parties in this action will
27 meet and confer and submit to the Court a revised schedule regarding the filing of Plaintiffs'
28 Consolidated Amended Shareholder Derivative Complaint and related motions.

1  NOW THEREFORE, the parties, by and through their respective counsel, hereby
stipulate that:

1. All current deadlines in this case are hereby stayed until completion of the parties' mediation; and

2. In the event the mediation is unsuccessful, the parties shall submit a stipulation and [proposed] order with a revised schedule of deadlines in connection with Plaintiffs' Consolidated Amended Shareholder Derivative Complaint and related motions.

IT IS SO STIPULATED.

Dated: July 10, 2009

                            /s/
                     Brendan P. Cullen

SULLIVAN & CROMWELL LLP
Brendan P. Cullen
Scott C. Hall
Sverker K. Hogberg
1870 Embarcadero Road
Palo Alto, California 94303
Tel: (650) 461-5600
Fax: (650) 461-5700

SULLIVAN & CROMWELL LLP
Robert A. Sacks
Michael H. Steinberg
1888 Century Park East
Los Angeles, California  90067
Telephone:      (310) 712-6600
Facsimile:      (310) 712-8800

/s/<br>
Arthur L. Shingler III

SCOTT + SCOTT LLP
Arthur L. Shingler III
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

SCOTT + SCOTT LLP
David R. Scott
108 Norwich Avenue
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432

SCOTT + SCOTT LLP
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (216) 229-6092

SCOTT + SCOTT LLP
Judith Scolnick
29 West 57th Street
New York, NY 10019
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

    I, Brendan P. Cullen, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO DISMISS. In compliance with General Order 45, X.B., I hereby attest that Judith Scolnick concurred in this filing.

/s/ Brendan P. Cullen<br>
Brendan P. Cullen

*　　*　　*

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED. *

Dated: __July 13, 2009_____    _____
                                    THE HONORABLE MARILYN H. PATEL
                                    UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

**\* A further Case Management Conference is set for October 26, 2009 at 3:00 p.m.  A joint supplemental CMC statement shall be filed not later than October 19, 2009.**