SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

SCOTT + SCOTT LLP
DAVID R. SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

Lead Counsel for the Derivative Plaintiffs
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | |

Master File No. C 07-06347 MHP

**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFFS' SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

Judge:  The Hon. Marilyn H. Patel
Courtroom:  15

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs and Defendants respectfully submit this Joint Administrative Motion and request the Court to allow Plaintiffs to file under seal their Second Amended Consolidated Shareholder Derivative Complaint (the "Complaint") because it references and includes documents produced by VeriFone Holdings, Inc. ("VeriFone") pursuant to the terms of a Confidentiality Agreement between the parties.  The relief requested in this Administrative Motion is narrowly tailored and supported by the following:

1  WHEREAS, an Order was entered by the Court on May 26, 2009 granting nominal defendant
2  VeriFone's Motion to Dismiss Plaintiffs' Consolidated Amended Shareholder Derivative Complaint
3  with leave for the Plaintiffs to file a second amended consolidated derivative complaint;

4  WHEREAS, the May 26, 2009 Order provides that Plaintiffs "should gain access to certain of
5  VeriFone's documents and records for the Relevant Period" pursuant to 8 Del. C. § 220 for the purpose
6  of filing subsequent amended consolidated derivative complaints;

7  WHEREAS, shareholder plaintiff Charles R. King made a written demand on VeriFone, that
8  was received by VeriFone on June 10, 2009, pursuant to 8 Del. C. § 220, to inspect VeriFone's books
9  and records;

10 WHEREAS, counsel for Mr. King, by letter dated and transmitted to counsel for VeriFone on
11 July 1, 2009 provided an amended statement of the purposes of the inspection demand and narrowed the
12 documents sought by the demand (the demand, as amended by the July 1, 2009 letter, will hereinafter
13 be referred to as the "Demand");

14 WHEREAS, VeriFone agreed to provide Mr. King copies of certain materials responsive to the
15 Demand that are in the possession, custody or control of VeriFone, pursuant to the Confidentiality
16 Agreement entered into by the parties on August 6, 2009;

17 WHEREAS, the Court ordered the Complaint to be filed by December 10, 2009 [Dkt. #70];[1]

18 WHEREAS, the Confidentiality Agreement requires Mr. King to "use his best efforts to ensure
19 that any complaint, pleading, or other filing containing Confidential Material shall be filed under seal
20 pursuant to Civil Local Rule 79-5 of the Northern District of California, Delaware Court of Chancery
21 Rule 5(g) or the equivalent thereof."

22 Plaintiffs and Defendants have consulted and agreed that the Complaint should be filed under
23 seal pursuant to the Confidentiality Agreement;

---

[1] In the October 26, 2009 Status Conference Hearing, the Court clarified that Plaintiffs could file a third amended consolidated derivative complaint if they receive relevant and material documents in connection with the Demand that have yet to be produced. (Oct. 26, 2009 Hr. Tr. at 14:12-21)

- 2 -

1  NOW, THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED by Plaintiffs, by and
2  through their counsel, and Defendants, by and through their counsel, that Plaintiffs file the Complaint
3  on December 10, 2009 under seal.

4  Dated: December 8, 2009         /s/ Arthur L. Shingler III
                                    Arthur L. Shingler III (SBN 181719)
5                                   SCOTT + SCOTT LLP
                                    600 B Street, Suite 1500
6                                   San Diego, California  92101
                                    Telephone:    (619) 233-4565
7                                   Facsimile:    (619) 233-0508

8                                   David R. Scott
                                    SCOTT + SCOTT LLP
9                                   108 Norwich Avenue, P.O. Box 192
                                    Colchester, Connecticut  06415
10                                  Telephone:    (860) 537-5537
                                    Facsimile:    (860) 537-4432
11
                                    Walter W. Noss
12                                  Geoffrey M. Johnson
                                    SCOTT + SCOTT LLP
13                                  12434 Cedar Road, Suite 12
                                    Cleveland Heights, OH 44106
14                                  Telephone:    (216) 229-6088
                                    Facsimile:    (216) 229-6092
15
                                    Judith Scolnick
16                                  SCOTT + SCOTT LLP
                                    29 West 57th Street
17                                  New York, NY 10019
                                    Telephone:    (212) 223-6444
18                                  Facsimile:    (212) 223-6334

19                                  Lead Counsel for the Derivative Plaintiffs

20
    Dated: December 8, 2009         /s/ Brendan P. Cullen
21                                  Brendan P. Cullen (SBN 194057)
                                    Scott C. Hall (SBN 232492)
22                                  Sverker K. Hogberg (SBN 244640)
                                    SULLIVAN & CROMWELL LLP
23                                  1870 Embarcadero Road
                                    Palo Alto, California  94303
24                                  Telephone:    (650) 461-5600
                                    Facsimile:    (650) 461-5700
25

26

27
                                    - 3 -
28
       Joint Admin. Motion and [Prop.] Order To File Under Seal
                  Pltfs' Second Am. Cons. S'holder Deriv. Complaint
                                         Case No. CV 07-06347 MHP

Robert A. Sacks (SBN 150146)
Michael H. Steinberg (SBN 134179)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Attorneys for Verifone Holdings, Inc., and the Individual Verifone Defendants

\* \* \*

**ORDER**

The foregoing joint motion is approved AND IS SO ORDERED.

Dated:  December _9, 2009

_____
Hon. _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

- 4 -

Joint Admin. Motion and [Prop.] Order To File Under Seal
Pltfs' Second Am. Cons. S'holder Deriv. Complaint
Case No. CV 07-06347 MHP

I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to file this JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL PLAINTIFFS' SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT.  In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated:  December 8, 2009                             /s/ Arthur L. Shingler III
                                                     Arthur L. Shingler III (SBN 181719)