SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

SCOTT+SCOTT LLP
DAVID R. SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

*Lead Counsel for the Derivative Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP <br><br> **NOTICE OF MANUAL FILING** |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | |

1 | Regarding Plaintiffs' Second Consolidated Amended Verified Shareholder Derivative
2 | Complaint,
3 | This filing is in paper or physical form only, and is being maintained in the case file in the
4 | Clerk's office.
5 | This filing was not e-filed for the following reason(s): the item is under seal pursuant to the
6 | Stipulation and Order entered on December 9, 2009.

Dated: December 10, 2009            /s/ Arthur L. Shingler III
                                    Arthur L. Shingler III (SBN 181719)
                                    SCOTT+SCOTT LLP
                                    600 B Street, Suite 1500
                                    San Diego, California  92101
                                    Telephone:    (619) 233-4565
                                    Facsimile:    (619) 233-0508

                                    David R. Scott
                                    SCOTT+SCOTT LLP
                                    108 Norwich Avenue, P.O. Box 192
                                    Colchester, Connecticut  06415
                                    Telephone:    (860) 537-5537
                                    Facsimile:    (860) 537-4432

                                    Walter W. Noss
                                    Geoffrey M. Johnson
                                    SCOTT+SCOTT LLP
                                    12434 Cedar Road, Suite 12
                                    Cleveland Heights, OH 44106
                                    Telephone:    (216) 229-6088
                                    Facsimile:    (216) 229-6092

                                    Judith Scolnick
                                    SCOTT+SCOTT LLP
                                    500 Fifth Avenue, 40th Floor
                                    New York, NY 10110
                                    Telephone:    (212) 223-6444
                                    Facsimile:    (212) 223-6334

                                    *Lead Counsel for the Derivative Plaintiffs*

NOTICE OF MANUAL FILING

1

Case No. CV 07-06347 MHP

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2009 I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 10, 2009.

 /s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, California  92101
Telephone:     (619) 233-4565
Facsimile:      (619) 233-0508