1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East
3  Los Angeles, California 90067
   Telephone: (310) 712-6600
4  Facsimile: (310) 712-8800

5  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
6  Scott C. Hall (SBN 232492)
   (halls@sullcrom.com)
7  Sverker K. Högberg (SBN 244640)
   (hogbergs@sullcrom.com)
8  Nathaniel L. Green (SBN 260568)
   (greenn@sullcrom.com)
9  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
10 Palo Alto, California 94303
   Telephone: (650) 461-5600
11 Facsimile: (650) 461-5700

12 Attorneys for Defendants VERIFONE HOLDINGS, INC.,
   DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
13 DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
   EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
14 CRAIG A. BONDY and BARRY ZWARENSTEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. CV 07-6347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S SECOND CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15 |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond) | |

WHEREAS, on November 7, 2008, Plaintiffs and Defendants mutually agreed and stipulated in their Stipulation and Proposed Order Regarding Briefing Schedule in Response to Plaintiffs' Consolidated Amended Shareholder Derivative Complaint ("Briefing Stipulation and Order") that the resources of the parties and the Court were best conserved, and the interests of judicial economy were best served, by deferring the filing by Defendants of motions to dismiss Plaintiffs' Consolidated Amended Shareholder Derivative Complaint ("FAC") on the ground that the FAC failed to state claims against the Defendants until after the parties had briefed, and the Court had resolved, nominal defendant VeriFone Holdings, Inc.'s ("VeriFone") motion to dismiss the FAC on the ground that Plaintiffs lack standing to sue derivatively on VeriFone's behalf because Plaintiffs failed to make a pre-suit demand on VeriFone's Board of Directors;

WHEREAS, on November 19, 2008, the Court entered Plaintiffs' and Defendants' Briefing Stipulation and Order;

WHEREAS, on October 19, 2009, Plaintiff and Defendants filed a Joint Supplemental Case Management Conference Statement, which provided that Lead Plaintiff, Charles King, would file his Second Consolidated Amended Complaint ("Complaint") on or before December 10, 2009 and Defendants would file their motion to dismiss on or before January 25, 2010;

WHEREAS, Lead Plaintiff filed his Complaint on December 10, 2009;

WHEREAS, VeriFone intends to move to dismiss the Complaint on the ground that Lead Plaintiff lacks standing to sue on VeriFone's behalf because Plaintiff failed to make a pre-suit demand on VeriFone's Board of Directors (the "VeriFone Standing Motion");

WHEREAS, nominal defendant VeriFone and the individual defendants, Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy, Barry Zwarenstein, and Paul Periolat (collectively, the "Individual Defendants") also intend to move to dismiss the Complaint on the grounds that the Complaint fails to state claims against each of them or otherwise is subject to dismissal even if Plaintiffs have standing to assert their claims (the "Separate Dismissal Motions");

WHEREAS, the parties believe the resources of the parties and the Court are best conserved, and the interests of judicial economy are best served, by deferring the filing of the Separate

2

1 Dismissal Motions until the threshold issue of Lead Plaintiff's standing to file and maintain a lawsuit on
2 behalf of VeriFone is resolved by the Court.

3 NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead
4 Plaintiff, VeriFone, and the Individual Defendants, by and through their respective counsel, that:

5     1. <u>The VeriFone Standing Motion</u>: Pursuant to the October 19, 2009 Joint
6 Supplemental Case Management Conference Statement, VeriFone will file its motion to dismiss the
7 Complaint on the ground that Lead Plaintiff does not have standing to pursue this action on the
8 Company's behalf on or before January 25, 2010, such date being forty-five (45) days from the filing of
9 the Complaint on December 10, 2009. Lead Plaintiff shall file his opposition to VeriFone's motion to
10 dismiss on or before March 10, 2010. VeriFone shall file any reply to Lead Plaintiff's opposition on or
11 before March 25, 2010.

12     2. <u>The Separate Dismissal Motions</u>: Other than as set forth in Section 1, above, the
13 Individual Defendants and VeriFone shall have no obligation to move to dismiss or otherwise respond to
14 the Complaint on January 25, 2010. Following the Court's resolution of the VeriFone Standing Motion,
15 the parties shall meet and confer regarding a schedule for any necessary response to the Complaint.

16 IT IS SO STIPULATED.

17 DATED: January 7, 2010     /s/ Brendan P. Cullen

Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303-3308
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
Telephone: (310) 712-6640
Facsimile: (310) 712-8800

*Attorneys for VeriFone and Individual Defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy and Barry Zwarenstein*

| | | |
|---|---|---|
| 1 | DATED: January 7, 2010 | /s/ Patrick D. Robbins |
| 2 | | Patrick D. Robbins (SBN 152288) |
| | | SHEARMAN & STERLING LLP |
| 3 | | 525 Market Street, Suite 1500 |
| | | San Francisco, California 94105-2723 |
| 4 | | Telephone: (415) 616-1210 |
| | | Facsimile: (415) 616-1199 |
| 5 | | *Attorney for Individual Defendant Paul Periolat* |
| 7 | DATED: January 7, 2010 | /s/ Arthur L. Shingler |
| | | Arthur L. Shingler III (SBN 181719) |
| 8 | | SCOTT + SCOTT LLP |
| | | 600 B Street, Suite 1500 |
| 9 | | San Diego, California 92101 |
| | | Telephone: (619) 233-4565 |
| 10 | | Facsimile: (619) 233-0508 |
| 11 | | David R. Scott |
| | | SCOTT + SCOTT LLP |
| 12 | | 108 Norwich Avenue, P.O. Box 192 |
| | | Colchester, Connecticut 06415 |
| 13 | | Telephone: (860) 537-5537 |
| | | Facsimile: (860) 537-4432 |
| 14 | | *Attorneys for Lead Plaintiff Charles R. King* |

*I, Brendan P. Cullen, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S SECOND CONSOLIDATED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.*

Dated: January 7, 2010

                                 /s/ Brendan P. Cullen
                               Brendan P. Cullen (SBN 194057)
                               Scott C. Hall (SBN 232492)
                               Sverker K. Hogberg (SBN 244640)
                               Nathaniel L. Green (SBN 260568)
                               SULLIVAN & CROMWELL LLP
                               1870 Embarcadero Road
                               Palo Alto, California 94303-3308
                               Telephone: (650) 461-5600
                               Facsimile: (650) 461-5700

                               Robert A. Sacks (CSB 150146)
                               SULLIVAN & CROMWELL LLP
                               1888 Century Park East
                               Los Angeles, California 90067-1725
                               Telephone: (310) 712-6640
                               Facsimile: (310) 712-8800

                               *Attorneys for VeriFone and the VeriFone Individual Defendants*

**ORDER**

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: 1/8/2010

_____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel