SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

SCOTT+SCOTT LLP
DAVID R. SCOTT
108 Norwich Avenue
P.O. Box 192
Colchester, CT 06415
Telephone: 860/537-3818
860/537-4432 (fax)
drscott@scott-scott.com

*Lead Counsel for the Derivative Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF SUMMONS AS TO PAUL PERIOLAT** |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | Judge: The Hon. Marilyn H. Patel <br> Courtroom: 15 |

WHEREAS, on December 10, 2009, Lead Plaintiff Charles King filed a Second Consolidated Amended Complaint that named Paul Periolat as a defendant;

WHEREAS, Lead Plaintiff and defendant Paul Periolat agree that Periolat will not require personal service of the summons.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiff and Paul Periolat, by and through their respective counsel, that:

1. Pursuant to Fed. R. Civ. Pro. 4(e)(2)(C), undersigned counsel for defendant Paul Periolat verifies that he is authorized to and does accept service of the Second Consolidated Amended Complaint on behalf of defendant Paul Periolat, whom he represents. Accordingly, the Second Consolidated Amended Complaint shall be deemed served as of the date of this stipulation.

2. In submitting this Stipulation, Periolat does not waive any of his rights or positions in law or in equity, and will retain all defenses and objections to the Second Consolidated Amended Complaint except for objections based on a defect in the summons or in the service of the summons.

3. Pursuant to the prior stipulation of the parties, approved and ordered by the Court on January 8, 2009, Periolat shall have no obligation to move to dismiss or otherwise respond to the Second Consolidated Complaint until after the Court resolves defendant VeriFone Holdings, Inc.'s motion to dismiss on the ground that Lead Plaintiff lacks standing to pursue this action on the Company's behalf. Following the Court's resolution of the VeriFone Standing Motion, the parties shall meet and confer regarding a schedule for any necessary response to the Complaint.

IT IS SO STIPULATED.

Dated: January 13, 2010  /s/ Arthur L. Shingler III
Arthur L. Shingler III (SBN 181719)
SCOTT+SCOTT LLP

600 B Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

David R. Scott
SCOTT+SCOTT LLP
108 Norwich Avenue, P.O. Box 192
Colchester, Connecticut 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-443

*Lead Counsel for the Derivative Plaintiff*

   /s/ Patrick D. Robbins
Patrick D. Robbins (SBN 152288)
SHEARMAN & STERLING LLP
525 Market Street
San Francisco, California 94105
Telephone: (415) 616-1100
Facsimile: (415) 616 1199

*Counsel for Defendant Paul Periolat*

\* \* \*

**ORDER**

The foregoing joint motion is approved AND IS SO ORDERED.

Dated: January 14, 2010

IT IS SO ORDERED
Hon.
UNITED STATES DISTRICT JUDGE
Judge Marilyn H. Patel

I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR WAIVER OF SERVICE OF SUMMONS AS TO PAUL PERIOLAT. In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated: January 13, 2010      /s/ Arthur L. Shingler III
                             Arthur L. Shingler III (SBN 181719)