1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  600 B Street, Suite 1500
   San Diego, CA  92101
3  Telephone:  619/233-4565
   619/233-0508 (fax)
4  ashingler@scott-scott.com

5  SCOTT+SCOTT LLP
   DAVID R. SCOTT
6  156 South Main Street
   P.O. Box 192
7  Colchester, CT  06415
   Telephone:  860/537-3818
8  860/537-4432 (fax)
   drscott@scott-scott.com

*Lead Counsel for the Derivative Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C 07-06347 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |
| This Document Relates To: No. CV 07 6347 (King); No. CV 08 1132 (Hilborn); No. CV 08 1133 (Patel); No. CV 08 1301 (Lemmond). | Judge:  The Hon. Marilyn H. Patel<br>Courtroom:  15 |

WHEREAS, on December 10, 2009, Lead Plaintiff Charles King filed a Second Consolidated Amended Complaint (the "SAC");

WHEREAS, pursuant to the Stipulation and Order entered by the Court on January 8, 2010 (Docket Entry 77), nominal Defendant VeriFone Holdings, Inc. ("VeriFone") moved to dismiss the SAC, on January 25, 2010, on the ground that Lead Plaintiff lacks standing to sue derivatively on VeriFone's behalf because he did not make a pre-suit demand on VeriFone's Board of Directors;

WHEREAS, pursuant to the Stipulation and Order entered by the Court on March 4, 2010, Lead Plaintiff's brief in opposition to the motion to dismiss is currently due on March 31, 2010 (Docket Entry 88);

WHEREAS, Lead Plaintiff filed his brief in opposition to the motion to dismiss on March 31, 2010;

WHEREAS, Lead Plaintiff's brief was inadvertently not filed under seal in accordance with the Confidentiality Agreement between Plaintiffs and the Nominal Defendant;

WHEREAS, VeriFone, the Individual Defendants, Paul Periolat and Lead Plaintiff have conferred and agreed to extend the time for Lead Plaintiff to file his brief in opposition to the motion to dismiss by one day so that the brief may be filed under seal;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Lead Plaintiff, VeriFone, the Individual Defendants and Paul Periolat, by and through their respective counsel, that:

1. Lead Plaintiff's brief in opposition to the motion to dismiss will be due on April 1, 2010.

2. This stipulation will not affect the other dates set forth in the Court's March 4, 2010 Order (Docket Entry 88).

- 1 -

Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Dismiss
Case No. CV 07-06347 MHP

1   IT IS SO STIPULATED.

2

3   Dated: April 1, 2010                    /s/ Arthur L. Shingler III
                                            Arthur L. Shingler III (SBN 181719)
4                                           SCOTT+SCOTT LLP
                                            600 B Street, Suite 1500
5                                           San Diego, California 92101
                                            Telephone:    (619) 233-4565
6                                           Facsimile:    (619) 233-0508

7                                           David R. Scott
                                            SCOTT+SCOTT LLP
8                                           156 South Main Street, P.O. Box 192
                                            Colchester, Connecticut 06415
9                                           Telephone:    (860) 537-5537
                                            Facsimile:    (860) 537-443

10                                          *Lead Counsel for the Derivative Plaintiffs*

11

12  Dated: April 1, 2010                     /s/ Brendan P. Cullen
                                            Brendan P. Cullen (SBN 194057)
13                                          SULLIVAN & CROMWELL LLP
                                            1870 Embarcadero Road
14                                          Palo Alto, California 94303
                                            Telephone:    (650) 461-5600
15                                          Facsimile:    (650) 461-4700

16                                          *Counsel for Defendant VeriFone Holdings, Inc.*

17

18  Dated: April 1, 2010                    /s/ Patrick D. Robbins
                                            Patrick D. Robbins (SBN152288)
19                                          SHEARMAN & STERLING LLP
                                            525 Market Street, Suite 1500
20                                          San Francisco, California 94105-2723
                                            Telephone: (415) 616-1210
21                                          Facsimile:  (415) 616-1199

22

23                                          *Attorney for Defendant Paul Periolat*

24

25

26

27

28

- 2 -
Stipulation and [Proposed] Order Regarding Briefing Schedule for Motion to Dismiss
Case No. CV 07-06347 MHP

\* \* \*

## ORDER

The foregoing joint motion is approved

AND IS SO ORDERED.  **Page limitations imposed by the previous order shall be followed.**

Dated: April __2__, 2010



_____
Hon. Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

- 3 -

1  I, Arthur L. Shingler, III, am the ECF user whose User ID and Password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS.  In compliance with General Order 45, X.B, I hereby attest that the other signatories listed have concurred in this filing.

Dated:  April 1, 2010      /s/ Arthur L. Shingler III
                           Arthur L. Shingler III (SBN 181719)