Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:    (310) 712-8800

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Scott C. Hall (SBN 232492)
(halls@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
Nathaniel L. Green (SBN 260568)
(greenn@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendants VERIFONE HOLDINGS, INC.,
DOUGLAS G. BERGERON, JAMES C. CASTLE, LESLIE G.
DENEND, ALEX W. (PETE) HART, ROBERT B. HENSKE,
EITAN RAFF, CHARLES R. RINEHART, COLLIN E. ROCHE,
CRAIG A. BONDY and BARRY ZWARENSTEIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>CV 07-6347 (King); CV 08-1132 (Hillborn); CV 08-1133 (Patel); CV 08-1301 (Lemmond) | Case No. CV 07-6347 MHP<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL REDACTED PORTIONS OF NOMINAL DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>Judge: The Hon. Marilyn H. Patel<br>Courtroom: 15<br>Date: May 10, 2010<br>Time: 2:00 p.m.<br><br>This case is related to IN RE VERIFONE HOLDINGS, INC. SECURITIES LITIGATION, Master File No. C 07-6 140 MHP |

SULLIVAN & CROMWELL LLP

JOINT ADMIN. MOTION AND [PROP.] ORDER TO FILE UNDER SEAL
NOM. DFT.'S MOTION TO DISMISS PLTFS' SECOND AM. CONS. S'HOLDER DERIV. COMPL.
CASE NO. CV 07-6347 MHP

Pursuant to Local Rules 7-11, 7-12, and 79-5, Nominal Defendant VeriFone Holdings, Inc. ("VeriFone"), the Individual Defendants, and Plaintiff respectfully submit this Joint Administrative Motion and request that the Court allow VeriFone to file under seal the redacted portions of its Reply Brief in Support of Motion to Dismiss Plaintiff's Second Amended Consolidated Shareholder Derivative Complaint (the "Reply Brief"). The relief requested in this Administrative Motion is narrowly tailored and supported by the accompanying declaration and the following:

WHEREAS, pursuant to the terms of a Confidentiality Agreement entered into by the parties on August 6, 2009, Plaintiff and Nominal Defendant requested that the Court allow Plaintiff to file his Second Amended Consolidated Shareholder Derivative Complaint (the "Complaint") under seal, which request the Court granted on December 9, 2009;

WHEREAS, the redacted portions of the Reply Brief address the same confidential issues raised in the Complaint;

WHEREAS, the parties have consulted and agreed that the redacted portions of the Reply Brief should be filed under seal pursuant to the Confidentiality Agreement;

NOW, THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED by Nominal Defendant, by and through its counsel, Individual Defendants, by and through their respective counsel, and Plaintiff, by and through his counsel, that the redacted portions of the Reply Brief be filed under seal on April 15, 2010.

DATED: April 15, 2010          */s/ Brendan P. Cullen*

Brendan P. Cullen (SBN 194057)
Scott C. Hall (SBN 232492)
Sverker K. Hogberg (SBN 244640)
Nathaniel L. Green (SBN 260568)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California  94303-3308
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

Robert A. Sacks (SBN 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California  90067-1725
Telephone:  (310) 712-6640
Facsimile:  (310) 712-8800

-1-

SULLIVAN & CROMWELL LLP

JOINT ADMIN. MOTION AND [PROP.] ORDER TO FILE UNDER SEAL
NOM. DFT.'S MOTION TO DISMISS PLTFS' SECOND AM. CONS. S'HOLDER DERIV. COMPL
CASE NO. CV 07-6347 MHP

|    |                        |                                                                                                                                                                                                                                                          |
|----|------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  |                        | *Attorneys for VeriFone and Individual Defendants Douglas G. Bergeron, James C. Castle, Leslie G. Denend, Alex W. (Pete) Hart, Robert B. Henske, Eitan Raff, Charles R. Rinehart, Collin E. Roche, Craig A. Bondy and Barry Zwarenstein* |
| 5  | DATED: April 15, 2010  | /s/ Patrick D. Robbins                                                                                                                                                                                                                                   |
|    |                        | Patrick D. Robbins (SBN 152288)                                                                                                                                                                                                                          |
|    |                        | SHEARMAN & STERLING LLP                                                                                                                                                                                                                                  |
|    |                        | 525 Market Street, Suite 1500                                                                                                                                                                                                                            |
|    |                        | San Francisco, California 94105-2723                                                                                                                                                                                                                     |
|    |                        | Telephone: (415) 616-1210                                                                                                                                                                                                                                |
|    |                        | Facsimile: (415) 616-1199                                                                                                                                                                                                                                |
|    |                        |                                                                                                                                                                                                                                                          |
|    |                        | *Attorney for Individual Defendant Paul Periolat*                                                                                                                                                                                                        |
| 10 | DATED: April 15, 2010  | /s/ Arthur L. Shingler                                                                                                                                                                                                                                   |
|    |                        | Arthur L. Shingler III (SBN 181719)                                                                                                                                                                                                                      |
|    |                        | SCOTT + SCOTT LLP                                                                                                                                                                                                                                        |
|    |                        | 600 B Street, Suite 1500                                                                                                                                                                                                                                 |
|    |                        | San Diego, CA  92101                                                                                                                                                                                                                                     |
|    |                        | Telephone:     (619) 233-4565                                                                                                                                                                                                                            |
|    |                        | Facsimile:      (619) 233-0508                                                                                                                                                                                                                           |
|    |                        |                                                                                                                                                                                                                                                          |
|    |                        | SCOTT + SCOTT LLP                                                                                                                                                                                                                                        |
|    |                        | David R. Scott                                                                                                                                                                                                                                           |
|    |                        | 108 Norwich Avenue                                                                                                                                                                                                                                       |
|    |                        | Colchester, CT  06415                                                                                                                                                                                                                                    |
|    |                        | Telephone:     (860) 537-5537                                                                                                                                                                                                                            |
|    |                        | Facsimile:      (860) 537-4432                                                                                                                                                                                                                           |
|    |                        |                                                                                                                                                                                                                                                          |
|    |                        | SCOTT + SCOTT LLP                                                                                                                                                                                                                                        |
|    |                        | Walter W. Noss                                                                                                                                                                                                                                           |
|    |                        | Geoffrey M. Johnson                                                                                                                                                                                                                                      |
|    |                        | 12434 Cedar Road, Suite 12                                                                                                                                                                                                                               |
|    |                        | Cleveland Heights, OH  44106                                                                                                                                                                                                                             |
|    |                        | Telephone:     (216) 229-6088                                                                                                                                                                                                                            |
|    |                        | Facsimile:      (216) 229-6092                                                                                                                                                                                                                           |
|    |                        |                                                                                                                                                                                                                                                          |
|    |                        | SCOTT + SCOTT LLP                                                                                                                                                                                                                                        |
|    |                        | Judith Scolnick                                                                                                                                                                                                                                          |
|    |                        | 29 West 57th Street                                                                                                                                                                                                                                    |
|    |                        | New York, NY  10019                                                                                                                                                                                                                                      |
|    |                        | Telephone:     (212) 223-6444                                                                                                                                                                                                                            |
|    |                        | Facsimile:      (212) 223-6334                                                                                                                                                                                                                           |
|    |                        |                                                                                                                                                                                                                                                          |
|    |                        | *Attorneys for Lead Plaintiff Charles R. King*                                                                                                                                                                                                           |

-2-

SULLIVAN & CROMWELL LLP

JOINT ADMIN. MOTION AND [PROP.] ORDER TO FILE UNDER SEAL
NOM. DFT.'S MOTION TO DISMISS PLTFS' SECOND AM. CONS. S'HOLDER DERIV. COMPL
CASE NO. CV 07-6347 MHP

1   I, Brendan P. Cullen, am the ECF User whose ID and password are being used to
2  file this JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER
3  SEAL NOMINAL DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
4  PLAINTIFF'S SECOND AMENDED CONSOLIDATED SHAREHOLDER DERIVATIVE
5  COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that the other
6  signatories listed have concurred in this filing.

DATED: April 15, 2010                                   */s/ Brendan P. Cullen*
                                                              Brendan P. Cullen

\*   \*   \*

-3-

SULLIVAN & CROMWELL LLP

JOINT ADMIN. MOTION AND [PROP.] ORDER TO FILE UNDER SEAL
NOM. DFT.'S MOTION TO DISMISS PLTFS' SECOND AM. CONS. S'HOLDER DERIV. COMPL
CASE NO. CV 07-6347 MHP

**ORDER**

THE FOREGOING JOINT MOTION IS APPROVED AND IS SO ORDERED. **A full redacted reply brief shall be filed in the public record.**

Dated: __4/16/2010_____     _____
                                    THE HONORABLE MARILYN H. PATEL
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge Marilyn H. Patel* (seal: United States District Court, Northern District of California)

-4-

SULLIVAN & CROMWELL LLP

JOINT ADMIN. MOTION AND [PROP.] ORDER TO FILE UNDER SEAL
NOM. DFT.'S MOTION TO DISMISS PLTFS' SECOND AM. CONS. S'HOLDER DERIV. COMPL
CASE NO. CV 07-6347 MHP