UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE VERIFONE HOLDINGS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C 07-6347 MHP |
| | **JUDGMENT** |
| This Document Relates to: C 07-6347 (King); C 08-1132 (Hillborn); C 08-1133 (Patel); C 08-1301 (Lemmond) | This action is related to *In re VeriFone Holdings Inc. Sec. Litig.*, C 07-6140 MHP |

This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed granting defendants' motion to dismiss,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

IT IS SO ORDERED.

Dated: August 26, 2010

MARILYN HALL PATEL
United States District Court Judge
Northern District of California